UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
                                                 :
BUILDING TRADES PENSION FUND OF WESTERN:
PENNSYLVANIA, Individually and on                :
Behalf of All Others Similarly                   :        19cv7881 (DLC)
Situated,                                        :
                          Plaintiff,             :        ORDER
                                                 :
          -v-                                    :
                                                 :
Textron, Inc., et al.,                           :
                          Defendants.            :
                                                 :
-------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10 15 209

DENISE COTE, District Judge:

　　IT IS HEREBY ORDERED that the November 15 conference is rescheduled to **November 8** at **11:00 a.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.

　　IT IS FURTHER ORDERED that the named plaintiff shall promptly serve a copy of this Order on each of the defendants.

Dated:    New York, New York
          October 15, 2019

                                    _____
                                          DENISE COTE
                                    United States District Judge