UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
BUILDING TRADES PENSION FUND OF WESTERN   :
PENNSYLVANIA, Individually and on         :
Behalf of All Others Similarly            :        19cv7881 (DLC)
Situated,                                 :
                         Plaintiff,       :            ORDER
                                          :
          -v-                             :
                                          :
Textron, Inc., et al.,                    :
                         Defendants.      :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the November 8, 2019 conference

is rescheduled to **November 12** at **11:00 a.m.** in Courtroom 18B,

United States Courthouse, 500 Pearl Street, New York, New York

to consider any motions for appointment of lead plaintiff and

lead counsel and for consolidation.

IT IS FURTHER ORDERED that the named plaintiff shall

promptly serve a copy of this Order on each of the defendants.


Dated:    New York, New York
          November 7, 2019

                              _____
                                        DENISE COTE
                              United States District Judge