**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>IN RE TEXTRON, INC. SECURITIES<br>LITIGATION</td><td>Index No.: 19-cv-07881 (DLC)</td></tr>
</table>

**DECLARATION OF KEVIN M. NEYLAN, JR. IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**
**FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

I, Kevin M. Neylan, Jr., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am an associate with the law firm of Kirkland & Ellis LLP.  My firm represents Defendants Textron Inc., Scott C. Donnelly, and Frank T. Connor in the above-captioned action. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Violations of the Federal Securities Laws dated December 24, 2019.  I have personal knowledge of the facts stated herein, and I am competent to testify to the matters set forth below.

1.      Attached hereto as **Exhibit A** is a true and correct copy of FactSet CallStreet, LLC's *Corrected Transcript of the Textron, Inc. Q4 2016 Earnings Call*, dated January 25, 2017.

2.      Attached hereto as **Exhibit B** is a true and correct copy of FactSet CallStreet, LLC's *Corrected Transcript of the Textron, Inc. Q1 2017 Earnings Call*, dated April 19, 2017.

3.      Attached hereto as **Exhibit C** is a true and correct copy of FactSet CallStreet, LLC's *Corrected Transcript of the Textron, Inc. Q2 2017 Earnings Call*, dated July 19, 2017.

4.      Attached hereto as **Exhibit D** is a true and correct copy of FactSet CallStreet, LLC's *Corrected Transcript of the Textron, Inc. Q3 2017 Earnings Call*, dated October 19, 2017.

5.      Attached hereto as **Exhibit E** is a true and correct copy of FactSet CallStreet, LLC's *Corrected Transcript of the Textron, Inc. Q4 2017 Earnings Call*, dated January 31, 2018.

6.      Attached hereto as **Exhibit F** is a true and correct copy of the .wav file of the audio recording of the Textron, Inc. Q4 2017 Earnings Call, dated January 31, 2018.

7.      Attached hereto as **Exhibit G** is a true and correct copy of the Form 10-K filed by Textron Inc. with the SEC on February 15, 2018.

8.      Attached hereto as **Exhibit H** is a true and correct copy of FactSet CallStreet, LLC's *Corrected Transcript of the Textron, Inc. Q1 2018 Earnings Call*, dated April 18, 2018.

9.      Attached hereto as **Exhibit I** is a true and correct copy of the Form 10-Q filed by Textron Inc. with the SEC on April 25, 2018.

10.     Attached hereto as **Exhibit J** is a true and correct copy of FactSet CallStreet, LLC's *Corrected Transcript of the Textron, Inc. Q2 2018 Earnings Call*, dated July 18, 2018.

11.     Attached hereto as **Exhibit K** is a true and correct copy of the Form 10-Q filed by Textron Inc. with the SEC on July 26, 2018.

12.     Attached hereto as **Exhibit L** is a true and correct copy of FactSet CallStreet, LLC's *Corrected Transcript of the Textron, Inc. Q3 2018 Earnings Call*, dated October 18, 2018.

13.     Attached hereto as **Exhibit M** is a true and correct copy of the Form 10-Q filed by Textron Inc. with the SEC on October 25, 2018.

14.     Attached hereto as **Exhibit N** is a true and correct copy of the Form 8-K filed by Textron Inc. with the SEC on December 6, 2018.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed:  January 24, 2020
             New York, New York

                                                */s/ Kevin M. Neylan, Jr.*
                                                Kevin M. Neylan, Jr.