# EXHIBIT F

**Audio exhibit shared with counsel and the Court electronically, and to be filed with the Court on a USB drive**