UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IN RE TEXTRON, INC. SECURITIES
LITIGATION                                    :
                                              :    19cv7881 (DLC)
------------------------------------X
                                                   ORDER

DENISE COTE, District Judge:

On January 24, 2020, the defendants filed a motion to dismiss the amended complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. On February 14, the Lead Plaintiff filed a second amended complaint. Accordingly, it is hereby

ORDERED that the defendants' January 24 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendants shall respond to the amended complaint by **March 6, 2020**. If the defendants renew their motion to dismiss, the Lead Plaintiff shall file any opposition to the renewed motion by **March 27**. Defendants shall file any reply by **April 10**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy

copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
January 14, 2020

_____
DENISE COTE
United States District Judge