# EXHIBIT E

C Corrected Transcript

31-Jan-2018

# Textron, Inc. (TXT)

Q4 2017 Earnings Call

FACTSET: callstreet
1-877-FACTSET    www.callstreet.com

Total Pages: 29
Copyright © 2001-2018 FactSet CallStreet, LLC

**Textron, Inc.** *(TXT)*
Q4 2017 Earnings Call

Corrected Transcript
31-Jan-2018

# CORPORATE PARTICIPANTS

**Eric Salander**
*Vice President-Investor Relations, Textron, Inc.*

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**Frank T. Connor**
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

# OTHER PARTICIPANTS

**Sheila Kahyaoglu**
*Analyst, Jefferies LLC*

**Carter Copeland**
*Analyst, Melius Research LLC*

**Robert Stallard**
*Analyst, Vertical Research Partners LLC*

**Peter J. Arment**
*Analyst, Robert W. Baird & Co., Inc.*

**Cai von Rumohr**
*Analyst, Cowen and Company, LLC*

**Peter John Skibitski**
*Analyst, Drexel Hamilton LLC*

**Samuel J. Pearlstein**
*Analyst, Wells Fargo Securities LLC*

**Justin Laurence Bergner**
*Analyst, Gabelli Asset Management*

**Jon Raviv**
*Analyst, Citigroup Global Markets, Inc.*

**Seth M. Seifman**
*Analyst, JPMorgan Securities LLC*

**George D. Shapiro**
*Analyst, Shapiro Research LLC*

**Ronald J. Epstein**
*Analyst, Bank of America Merrill Lynch*

**Rajeev Lalwani**
*Analyst, Morgan Stanley & Co. LLC*

**Drew Lipke**
*Analyst, Stephens, Inc.*

**Textron, Inc.** *(TXT)*
Q4 2017 Earnings Call

Corrected Transcript
31-Jan-2018

# MANAGEMENT DISCUSSION SECTION

**Operator:** Ladies and gentlemen, thank you for standing by and welcome to the Textron's Fourth Quarter Earnings Call. At this time, all participants are in a listen-only mode. [Operator Instructions] As a reminder, today's call is being recorded.

Now, I'd like to turn the conference over to your host, Eric Salander, VP-Investor Relations. Please go ahead.

## Eric Salander
*Vice President-Investor Relations, Textron, Inc.*

Thanks, Sean, and good morning, everyone. Before we begin, I'd like to mention we will be discussing future estimates and expectations during our call today. These forward-looking statements are subject to various risk factors which are detailed in our SEC filings and in today's press release.

On the call today, we have Scott Donnelly, Textron's Chairman and CEO and Frank Connor, our Chief Financial Officer. Our earnings call presentation can be found in the Investor Relations section of our website.

Textron's revenues in the quarter were $4 million, up $192 million from last year. During this year's fourth quarter, we had a couple of notable items that impacted our performance, as we disclosed earlier this month in our 8-K filing. First, as a result of the recently passed Tax Cuts and Jobs Act, the company recorded provisional tax charge in the fourth quarter of $266 million or $1 per share related to the remeasurement of net deferred tax assets and the repatriation tax on our non-US undistributed earnings.

Second, we recorded $55 million in pre-tax restructuring charges or $0.14 per share after tax. Adjusted income from continuing operations was $0.74 per share, down $0.06 from last year's fourth-quarter. Manufacturing cash flow before pension contributions was $474 million compared to $727 million last year's fourth quarter.

For the year, revenues were $14.2 billion, up 3% from a year ago. Adjusted income (sic) [EPS] (00:01:50) from continuing operations was $2.45 per share compared to $2.62 last year. Manufacturing cash flow before pension contributions was $889 million, up from $573 million last year.

With that, I'll turn the call over to Scott.

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

Thanks, Eric and good morning, everybody. Revenues were up in the quarter, with increases at Industrial and Bell, partially offset by lower revenues at Aviation and Systems. At Bell, revenues were up on higher military volumes for the quarter. We delivered 7 V-22s, up from 4 last year; 13 H-1s, up from 8 last year; and 45 commercial helicopters compared to 35 in last year's fourth quarter.

On the commercial side, we continue to see a pickup in order demand across a broad base of customers. We've seen several recently signed 412 orders for customers in Southeast Asia. We received an order from Reignwood International for 50 505s as a follow-on to the 60 aircraft that were ordered earlier this year. We also received an order from Mercy Flight for three 429s to upgrade the remainder of their existing air medical fleet. On the new


1-877-FACTSET   www.callstreet.com

Copyright © 2001-2018 FactSet CallStreet, LLC

**Textron, Inc.** *(TXT)*
Q4 2017 Earnings Call

 Corrected Transcript
31-Jan-2018

product front, we achieved first flight of our Bell V-280 Valor tiltrotor, representing a major milestone on this important development program.

At Systems, revenues were down and lower volumes primarily at Weapons and Sensors related to the discontinuance of the SFW production program. In the quarter, we received an FMS order for the Afghan National Army for 55 Mobile Strike Force Vehicles, with the potential for up to 200 additional units.

At TRU Simulation + Training, we signed an agreement with Copa Airlines to provide a Boeing 737 MAX Full Flight Sim to fulfill the Latin American airline's growing pilot training requirements.

Moving to Industrial, revenues were up 20% for the quarter, primarily reflecting the impact of Arctic Cat. We saw improved demand in the snow retail channel, allowing dealers to clear older inventory and drive 2018 model sales, including our new introductions in the youth and mountain categories. We also saw higher sales in our E-Z-GO product line, led by our new lithium power ELiTE golf car.

Textron GSE, our ground transport business, received an order from Airpro in Finland for seven Safeaero Typhoon deicers.

Moving to Textron Aviation, revenues were $1.4 billion, down 3%. In the quarter, we delivered 58 jets, flat with last year; 31 King Airs, up from 28 in last year's fourth quarter; and 2 Beechcraft T-6 trainers, down from 8 last year. For the full year, we delivered 180 jets, up from last year's 178, including 54 Latitude deliveries. Since its introduction in 2015, we've now delivered 112 Latitudes, demonstrating the importance of new product development in this industry.

We saw strong order intake in the quarter for both turboprops and jets, including eight Caravans for charter, cargo and logistics operators in Botswana; three King Air 250s to a North American customer configured for air ambulance services; and three Latitudes for a fractional operator in Mexico.

Moving to the aftermarket, increased aircraft utilization continued to drive higher aftermarket revenues, which were up over 11% in the quarter.

To summarize the year, we continued to execute our plan for growth through strategic acquisitions and new product innovation to create long-term shareholder value. At Industrial, our integration of Arctic Cat continues and reflects our strategy of acquisitions that complement our core businesses and product lines. Equally important is the need to continually innovate through new product introductions, which was evident throughout Textron Specialized Vehicles.

Earlier this year, we unveiled the revolutionary E-Z-GO ELiTE lithium power golf car, which has now seen over 21,000 units delivered.

On the snow side, we introduced the class-leading Arctic Cat ZR 200 new snowmobile, as we continue to develop our snow product line up. And in December, we introduced the Textron Off Road Havoc X, best-in-class, high-performance side-by-side featuring 100 horsepower and a class-leading four-wheel double A-arm suspension package.

At Textron Systems, we advanced our Ship-to-Shore program towards its first flight, introduced the new NIGHTWARDEN Tactical Unmanned Aircraft System and received a follow-on FMS Mobile Strike Force Vehicle order.



# Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

 Corrected Transcript
31-Jan-2018

At Textron Airborne Solutions, we're making the necessary investments to position the business to capitalize on the growing air adversarial services market.

Moving to Bell, we saw the V-22 fleet surpass 400,000 flight hours, demonstrating the reliability of tiltrotor technology, which we further evolved to another significant milestone which was the first flight of the V-280. In the commercial side, strong order activity for the new 505 Jet Ranger X and the resumption of the 525 Relentless flight test program demonstrates Bell's position as an innovative leader in the commercial helicopter market.

At Textron Aviation, we saw improved order intake in the back half of the year as well as a strengthening of the international market. On the new product front, the Longitude is nearing the end of its flight test program, and we anticipate certification in the first quarter. This new entry in the super mid-size biz aircraft market offers class-leading range, payload and cruise speed, along with the quietest interior in the industry.

In November, we announced the Cessna SkyCourier, a new twin-engine large utility turboprop with FedEx as our launch customer with an initial fleet order of 50 aircraft. In summer, we came into 2017 knowing it would be a challenging year with uncertainties surrounding many of our end markets, several key product development programs nearing key milestones, and restructuring and integration activities in many of our businesses.

That said, we have entered now on 505 into service. 525 is resuming its flight test program. We achieved first flight on the V-280. We had successful demonstration of both the Scorpion and AT-6 in the U.S. Air Force OA-X program. Longitude is nearing its certification and entering into service, Denali is progressing toward its first flight, and we successfully integrated the integration of Arctic Cat. With these accomplishments behind us and improving end markets, we're well-positioned coming into 2018.

As we look at our financial guidance, we're projecting revenues of about $14.6 billion, as we expect growth at Aviation and Industrial, but lower revenues at Bell and Systems. We expect margin improvements across Aviation, Industrial and Systems, with Bell about flat. EPS from continuing operations will be in the range of $2.95 to $3.15. Manufacturing cash flow before pension contributions will be in the range of $700 million to $800 million. And consistent with 2017, we expect a substantial portion of the cash to be returned to shareholders through share repurchase programs again in 2018.

With that, I'll turn the call over to Frank.

## Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

Thank you, Scott, and good morning, everyone. Segment profit in the quarter was $360 million, down $31 million from the fourth quarter of 2016 on $192 million increase in revenues.

Let's review how each of the segments contributed, starting with Textron Aviation. At Textron Aviation, revenues of $1.4 billion were down 3% from this period last year, primarily due to lower military volume. Segment profit was $120 million, down from $135 million a year ago, primarily due to higher research and development expense largely driven by the Longitude flight test program. Backlog in the segment ended the quarter at $1.2 billion, up $15 million from the end of the third quarter.

Moving to Bell, revenues were $983 million, up 11% on higher military volumes, partially offset by lower commercial volumes. Segment profit of $114 million was down $12 million despite the increase in revenues,



Copyright © 2001-2018 FactSet CallStreet, LLC

**Textron, Inc.** *(TXT)*
Q4 2017 Earnings Call

 Corrected Transcript
31-Jan-2018

primarily related to a change in commercial mix. Backlog in the segment was $4.6 billion at the end of the quarter, down $407 million from the end of the third quarter.

At Textron Systems, revenues were $489 million, down from $532 million a year ago on lower volume at Weapons and Sensors. Segment profit of $37 million was down $16 million, primarily reflecting the lower volume at Weapons and Sensors. Backlog in the segment was $1.4 billion, down $67 million from the end of the third quarter.

Industrial revenues were $1.1 billion, up 20% largely related to Arctic Cat. Segment profit was up $10 million from the fourth quarter of last year due to favorable performance. Finance segment revenues decreased $3 million and profit increased $2 million.

Moving below segment profit, corporate expenses were $44 million compared to $56 million last year. This reflected the transition of the Scorpion program into the Aviation segment. Interest expense was $38 million, an increase of $5 million compared to last year. With respect to our restructuring plan, we recorded pre-tax charges of $55 million on the special charges line in the quarter. This represents the final charge under our restructuring programs. We ended the year with gross manufacturing debt of $3.1 billion. For the full year, we repurchased approximately 12 million shares at an overall cost of about $582 million.

Turning now to 2018, our guidance includes the impact of adopting the new revenue recognition accounting standard. This adoption principally impacts Bell and Textron Systems, as we will transition government contracts from recognizing revenue at delivery to a cost-incurred method. The impact of the new method will be immaterial to our overall segment profit with revenue slightly higher at Textron Systems and relatively unchanged at Bell.

Also related to this adoption, we will record an increase to retained earnings of approximately $90 million in the first quarter of 2018 with no restatement of prior periods. Additionally, we are adopting a new pension accounting standard that will change how we present pension and OPEB costs on our income statement, but will not change our segment reporting. The effect of adopting this accounting standard will not have a material impact to our financial results.

Finally, to align with new revenue recognition standards, our R&D guidance is now presented on a gross basis whereas we previously netted U.S. government shared R&D costs.

Turning now to our presentation, I'll begin with our segments on slide 9. At Textron Aviation, we're expecting higher revenues of about $5 billion, reflecting higher volumes across all our product lines. Segment margin is expected to be approximately 8%, reflecting the higher volume and improved performance.

Looking to Bell, we're expecting overall revenues will be slightly down at about $3.2 billion, reflecting lower military volumes. We're forecasting a margin of about 12%.

At Systems, we're estimating lower 2018 revenues of about $1.6 billion, reflecting lower volumes in Unmanned Systems and Weapons and Sensors. Segment margin is expected to be 8%.

At Industrial, we're expecting growth in each of our businesses resulting in projected segment revenue of about $4.7 billion and a margin of about 8%. At Finance, we're forecasting segment profit of about $20 million.

Turning to slide 10, based on a U.S. planned discount rate of 3.75%, we're estimating 2018 pension cost to be $40 million, down from last year.

---



Copyright © 2001-2018 FactSet CallStreet, LLC

**Textron, Inc.** *(TXT)*
Q4 2017 Earnings Call

Corrected Transcript
31-Jan-2018

Turning to slide 11, gross R&D is expected to be about $620 million, down from $634 million in 2017. We're estimating CapEx will be about $525 million, up from last year.

Moving below the segment line and looking at slide 12, we're projecting about $130 million for corporate expense, $140 million for interest expense and a full year effective tax rate of about 22.5%. Our estimated tax rate for 2018 is lower than 2017 due to the enactment of the Tax Cuts and Jobs Act of 2017.

Our guidance assumes a share count of about 263 million shares, reflecting the continuation of our share repurchase activity in 2018.

That concludes our prepared remarks. So, Sean, we can open the line for questions.

# QUESTION AND ANSWER SECTION

**Operator:** Thank you. Our first question then will come from the line of Sheila Kahyaoglu from Jefferies. Please go ahead.

Sheila Kahyaoglu
*Analyst, Jefferies LLC*

Q

Hi. Good morning, guys. Thanks for taking my question. I guess first one on Aviation margins. You're assuming up 150 basis points to 8% for Aviation. How do we think about the R&D impact mix and pricing factored into those assumption?

Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sheila, I think it's largely favorable on all fronts. I mean, obviously, on the R&D front, as we finished last year's work around the Scorpion program, obviously, we had a lot of work around the Longitude. We're complete with the Scorpion activity. The Longitude here will wrap up in the first quarter. Obviously, we have Denali coming along. We've got the SkyCourier. I mean there's certainly plenty of work, but on a year-over-year basis, it's certainly a tailwind for them.

As we've talked about, we will certainly have better volume on our T-6 line, which has been a good business for us. Of course, we increased that. We certainly expect to see some margin improvement driven by that and we'll have better year-over-year on the aftermarket side. We have seen a strong back half for the year, given the aircraft utilization rates are higher. So I think, particularly on a year-over-year basis, we'll benefit from that, as we go into the first half.

On the jet side, I don't think there will be a huge difference. We'll have the initial Longitude deliveries, which is going to be most of the increase in the jet side of things. Obviously, the first few units will be at a lower margin rate, but that will correct as we get towards the back half of the year.

Sheila Kahyaoglu
*Analyst, Jefferies LLC*

Q

And so, in terms of pricing, there isn't a major pricing assumption there?

# Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

Corrected Transcript
31-Jan-2018

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, we do have price factored in and, as you'll see, we had fairly strong year-over-year pricing increases here in the fourth quarter and we'll continue to do that. Now, part of what we're looking at in terms of volume anticipation in our plan is that there's no question that we think everyone feels much better about where we are in the end market here in terms of demand. So I think we're certainly compared to 2017, entering into a much better market. But we are going to continue to drive price to make sure that it's healthy volume. And I think that we will – we're successful in doing that this year and I think we'll be successful doing it next year as well. So there will be obviously a positive contribution on the pricing side.

---

### Sheila Kahyaoglu
*Analyst, Jefferies LLC*

Q

Got it. And then, just on – as it regards to Scorpion R&D, I believe you might have ended up at $100 million for 2017. How do we think about that into 2018? Is there any way you could quantify?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, it's – it was not that high, Sheila. I mean we don't give the R&D by program by program, but certainly, it's gone to de minimis. In 2018, there's still some customer activity going on, some demo flights, integration with a couple of different sensors that customers have asked us about, but it'll be an immaterial number in 2018.

---

### Sheila Kahyaoglu
*Analyst, Jefferies LLC*

Q

Great. Thank you.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

---

**Operator**: Thank you. Our next question then will come from the line of Carter Copeland from Melius Research. Please go ahead.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Carter, are you there?

---

**Operator**: Carter, your line is open.

---

### Carter Copeland
*Analyst, Melius Research LLC*

Q

Sorry. The old mute button.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Yes.

---

Copyright © 2001-2018 FactSet CallStreet, LLC

# Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

**C** Corrected Transcript
31-Jan-2018

### Carter Copeland
*Analyst, Melius Research LLC*

Q

Got me every time. Good morning, guys.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Good morning.

### Carter Copeland
*Analyst, Melius Research LLC*

Q

Look, I wonder if you could give us just a little bit more color around the gross R&D disclosure. I know you don't disclose the R&D by program, but just kind of give us a sense of some of the moving pieces there year-over-year. Clearly, you've got – Longitude and Scorpion are down and 525 is up, but now you've got that government portion that you called out in there. Just any chance you can give us some color on the moving pieces there, just in general terms.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, I think when you look at our numbers, Carter, we recast last year so that this issue of what's netted versus gross is kind of a non-issue. I mean we're showing you the numbers on an apples-to-apples basis. So the actual reduction that we're showing, again, your dynamics that you're kind of looking at are correct, right? We have significantly lower spend on Scorpion. We will – we'll see a – as I said, and into some of the more intense spending around Longitude as we get that through certification. Principally, that's offset by the fact that we have the 525 back in flight test and we have the V-280 in flight test so that aircraft could get us first flight last year, but the guys are flying it a lot here in January and we expect to see that sustained all the way through the year. So it's largely a trade between a couple of those fixed-wing programs and a couple – some increased spending in the rotor and tiltrotor area.

### Carter Copeland
*Analyst, Melius Research LLC*

Q

Okay. And then, an additional one for Frank on the pension front. Any consideration around pre-funding associated with, clearly, the change in tax?

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, we did that last year. We did that in the third quarter. We did a debt offering kind of in the third quarter for $300 million and contributed that to the pension plan. So we feel like we're in very good shape. We did have the discount rate reduction, but frankly, that was offset by our performance from a returns standpoint in 2017 that was well above kind of our expected rate. And so, we feel like we're in good shape on the pension front and do not anticipate any contributions, as we said, other than the $55 million of cash related to kind of unfunded plans.

### Carter Copeland
*Analyst, Melius Research LLC*

Q

Okay. Great. Thanks, guys. I'll hop back in the queue.

## Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

 Corrected Transcript
31-Jan-2018

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

---

**Operator:** Thank you. Our next question then will come from the line of Robert Stallard from Vertical Research. Please go ahead.

---

### Robert Stallard
*Analyst, Vertical Research Partners LLC*

Q

Thanks so much. Good morning.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Good morning.

---

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

Good morning.

---

### Robert Stallard
*Analyst, Vertical Research Partners LLC*

Q

Scott, your counterpart over at General Dynamics had some pretty positive things to say about the biz jet market in the fourth quarter. Would you agree with her general prognosis that we've seen a distinct turn in the demand environment over the last three months?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, I would never disagree with Phebe, of course. So the – no, look, I think what they're seeing in the larger aircraft is probably quite similar to what we're seeing in the light to mid-size where most of our work is. I think the number of inquiries, the amount of activity through the fourth quarter, as you know, for us to sustain a one-to-one or greater book-to-bill in the fourth quarter, considering that's our seasonally very heavy sales side is a pretty significant accomplishment, I think, for our team to hold that book-to-bill. So the amount of activity, the interest I think is reflective of the fact that we have a stronger growth economy. Business confidence is up and these are our buyers. So I think there's no question that the level of activity out there is stronger than we've seen in some time.

Again, we're being a little bit cautious in making sure that we see all the stuff really convert and continue to convert into orders at a fair price. And if that continues to happen, I think we feel the same about our business that it's in a pretty good position. Got some great new products. I think we're well-positioned and if this market is in fact strengthening and it does deliver, then, we'll be in good shape to benefit from that.

---

### Robert Stallard
*Analyst, Vertical Research Partners LLC*

Q

Okay. And then, a follow-up on your investment plans. In terms of company funded R&D and CapEx going forward, where do you see this heading in 2019 and 2020?

---

## Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

We're just kind of recovering from our 2018 activity, Rob. I don't know if I'd go into 2019 and 2020 just yet. But look, I think if you look at the work that we have underway, the amount of investment that we think we need to make to make sure that we have the right products in place in our key businesses to ensure that we can capitalize on strong markets, I don't think there's going to be a huge change in the R&D.

Obviously, we expect it to continue to generate a tailwind in terms of percent of sales, but we have a lot of great stuff in the pipeline at Aviation. We have a lot of great stuff in the pipeline at Bell. We have a lot of great stuff going on in the Vehicle business. So these are things where you need to make these investments if you're going to continue to grow the business. So again, I don't think we'll see radical changes in terms of the R&D spend, but obviously, our expectation is that it will reduce as a percent of sales.

### Robert Stallard
*Analyst, Vertical Research Partners LLC*

Q

Okay. Thanks very much, Scott.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

**Operator**: Thank you. Our next question will come from the line of Peter Arment from Baird. Please go ahead.

### Peter J. Arment
*Analyst, Robert W. Baird & Co., Inc.*

Q

Yes. Thanks. Good morning, Scott and Frank.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Good morning, Peter.

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

Good morning.

### Peter J. Arment
*Analyst, Robert W. Baird & Co., Inc.*

Q

Hey, Scott, I just finally – to get pretty excited about the Longitude getting across the goal line here with certification. What's been some of the feedback now as you get close to kind of certification from some of the customers in terms of you've introduced the aircraft to?

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

It's been great, Peter. We have had a demo aircraft that's completely fitted out with full customer interior that's been flying around doing a lot of customer demos here for the last few months and I think the feedback has been

# Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

 Corrected Transcript
31-Jan-2018

great. It's a great cabin, I mean, from a space standpoint. We get a lot of the same feedback that we got on the Latitude, which has been obviously a very, very well received product. Obviously, this is a bigger aircraft. It's a longer aircraft. It's a very quiet aircraft. It is the quietest aircraft in the industry and we get that feedback very strongly. Customers get in the back of this thing and do a demo flight and are amazed at how quiet, and as a result, comfortable it is in the back of that aircraft.

So, again, the feedback is great. We need to get this thing across the goal line on the certification and we feel good about where the aircraft is. It's flown beautifully. I mean there's no issues there. It's a matter of getting through the paperwork and the certification process, which we will do.

---

### Peter J. Arment
*Analyst, Robert W. Baird & Co., Inc.*

Q

Okay. And then, just a quick one. Maybe Frank, just on the CapEx step-up, what's really driving that this year?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, I can – the big step-up is, as we've kind of been public with, Peter, is we're acquiring quite a few assets to be able to support these adversary air programs. So that's really the change in year-over-year is our acquisition of aircraft. The Navy program is in proposal phase right now. The Air Force is already in having their Industry Day, so there's a huge opportunity out there in terms of the number of hours that the U.S. government and I believe, ultimately, international customers as well, are going to look to private contractors to provide adversary air and the reality is if you don't have the assets, you can't do it.

So the only tough part in this for us is you got to get out in front of it and spend the capital to have the assets and get up being prepared in terms of maintenance facilities and demos. So there's a little bit of a drag, frankly, in there to support that, but it's a huge growth opportunity and one that seems to be materializing, so.

---

### Peter J. Arment
*Analyst, Robert W. Baird & Co., Inc.*

Q

Appreciate that. I'll jump back in queue. Thanks.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

---

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

Thanks.

---

**Operator:** Thank you. Our next question will come from the line of Cai von Rumohr from Cowen and Company. Please go ahead

---

### Cai von Rumohr
*Analyst, Cowen and Company, LLC*

Q

Yes. Thank you very much, guys.

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*                                          A

Hi, Cai.

---

## Cai von Rumohr
*Analyst, Cowen and Company, LLC*                                                                      Q

So last year, you projected R&D and this is on a net basis for 2017 of $495 million and the gross number was $634 million. So what was the number apples-to-apples; 2017 achieved versus 2017 projected?

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*                                          A

Oh, hold on a second, Cai. We're on apple-to-apple-ing it so that we can get to your other apple-to-apple, but.

---

## Cai von Rumohr
*Analyst, Cowen and Company, LLC*                                                                      Q

Okay, great. If you tell me what the military is, I think we can back into it. Hello?

---

## Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*                                     A

Yes, Cai...

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*                                          A

We're just trying to go back to the guidance number, Cai, so.

---

## Cai von Rumohr
*Analyst, Cowen and Company, LLC*                                                                      Q

It was for $495 million net.

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*                                          A

It was about $520 million. Yes.

---

## Cai von Rumohr
*Analyst, Cowen and Company, LLC*                                                                      Q

So basically, you overran your guide by $25 million and I assume a lot of that was the Scorpion and to a lesser extent the Longitude?

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*                                          A

It was primarily driven by the support we put into the Air Force experimental program. So between mission system development on Scorpion as well as the cost to get the AT-6 up and running and configured and ready for that test, that's most of what drove the spend. So, when we started the year, we didn't know anything about the Air Force experimentation program and obviously, putting two aircraft into that program was not in our plan.

---

### Cai von Rumohr
*Analyst, Cowen and Company, LLC*

Q

All right. And maybe you said that the outlook is good to sell them. Who's going to buy it and when?

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Are you talking about Scorpion or AT-6-

### Cai von Rumohr
*Analyst, Cowen and Company, LLC*

Q

Yes. Scorpion or AT-6, either one.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

So look, I think that the Air Force has been very open about the fact that they're working on determining their next steps. We have every reason to believe that they're doing that in terms of what their next step is going to be. The CR complicates that process for them, because obviously, these are new programs and, therefore, they don't really have any budget authority under CR to do that, but we know they're working to determine what those next steps will be.

I think the next steps, again, will be different for different platforms, but it would be presumptuous to talk much about that since they haven't been able to publicly say what they want to go do until they understand their budget situation. In terms of non-U.S.-related things, as I said...

### Cai von Rumohr
*Analyst, Cowen and Company, LLC*

Q

Yeah.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

...we still have customers that are in discussions with us. There are ongoing activities. I think the level of activity in terms of what we have to spend to support those at this point is pretty de minimis, but we have customers coming in, asking questions, looking at integration of different systems, and we continue to support that.

### Cai von Rumohr
*Analyst, Cowen and Company, LLC*

Q

Terrific. Thank you very much.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

**Operator**: Thank you. Our next question will come from the line of Pete Skibitski from Drexel Hamilton. Please go ahead.

# Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

---

### Peter John Skibitski
*Analyst, Drexel Hamilton LLC*

Q

Hey. Good morning, guys. Hey, Scott. I was wondering if you could talk more about what you're hearing in terms of the impact of tax reform to your light biz jet customer base. They've got the corporate rate reduction, which I imagine, if you're a small business owner, that's got to be helpful. You've got, I think, the immediate expensing out to 2022. You've also got this kind of issue of the repeal of the like-kind exchanges. So I'm just wondering how you're hearing that's all going to net out for your biz jet customer base.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Okay. I think it nets out all to the positive really, right. So there's certainly a benefit to them, sort of what I would say, mechanically around tax. That is the 100% expensing is beneficial. The overall tax rate reduction for all these businesses is obviously very helpful. And I think probably even more importantly, I think everybody's expectation is that – and I think we're seeing this is that the impact of the tax cuts, beyond the mechanics here, is to help drive economic growth and get GDP at a higher level, and I think we're seeing that. And that reflects – when a guy is sitting there looking at his business and what their anticipation, what their expectations are for the growth of their own business, I think this is what's driving business confidence to a very high level.

So I think the combination of the direct tax benefit around expensing, the lower rate that they're experiencing in their business, and probably, most importantly, the level of confidence they have that they're going to see growth in their business as a result of higher economic growth, higher GDP primarily around U.S., is all very positive. So I think that is a huge help in terms of the U.S. market, but I think we're also seeing stimulation around the international markets.

And again, the U.S. helps to drive that. If we have higher economic growth, that's good for, generally speaking, economies around the world. A little bit of weakening on the dollar, obviously, for a company like ourselves that's a U.S. manufacturer with a lot of export is beneficial. So I think that not only the direct impact around tax in the U.S. but the knock-on benefits in some of the international markets is, clearly, we're seeing a different tone in those markets as well. So it's sort of a combination of all of the above.

---

### Peter John Skibitski
*Analyst, Drexel Hamilton LLC*

Q

That's great. Very helpful. I appreciate it. One quick headwind, at Systems, in 2018, could you guys quantify the year-over-year headwind from the Sensor Fused Weapon closure? And then, so UAVs will be down in 2018. Are they going to bounce back, or return to growth, or will that be kind of a flattish outlook go forward for UAVs?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, certainly, it's going to be down this year, Peter. The question is going to be, there are a couple of new upgrade programs and things that are in the works, but again, this is one of our challenges and, again, in that business, which has a large U.S. centric customer base is where do the budgets go, when do we get budgets, I mean there's a lot of noise around that. There's certainly opportunities around that class of aircraft to look at next generations of upgrades and enhancements and improvements, which we would benefit if that goes forward. But without having budgets, it's hard to figure out exactly where that is.

So in terms of the future, it's hard for me to comment directly on that. I can't give you the direct number, I don't think, at SFW, but last year, we went basically, if you think about what our SFW was, we had about 50% of what

---

# Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

we usually have last year and we have 0% this year. So we're sort of taking a two-step from what that business historically was to basically being out of that business right now.

Now, there are a number of new weapons, munitions programs that we're bidding on, that we're actively pursuing. Again, the budget situation makes it difficult to know exactly where those are going, but that's certainly a business where we've gone through a steep decline as a result of the exit of SFW, but obviously, we have a lot of work going on to try to get that piece of the business back in a growth trajectory.

### Peter John Skibitski
*Analyst, Drexel Hamilton LLC*

Q

Thank you very much.

**Operator**: Thank you. Our next question will come from the line of Sam Pearlstein from Wells Fargo. Please go ahead.

### Samuel J. Pearlstein
*Analyst, Wells Fargo Securities LLC*

Q

Good morning.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Good morning.

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

Good morning.

### Samuel J. Pearlstein
*Analyst, Wells Fargo Securities LLC*

Q

Can you just tell us what your underlying assumptions are in terms of Aviation delivery this year? We know the Longitude is coming in, but just kind of jets versus King Air's T-6s broadly, how are you thinking about it year-over-year?

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, I'd say broadly, Sam, the jets, we're assuming at this point largely flattish with the exception of an increase driven by the Longitude introduction. The turboprops, clearly, we expect those to be up T-6. We talked about all year, this was a tough year for us in 2017 on T-6s. We see a nice increase in T-6 deliveries in 2018. We saw a fairly weak front half of the year on commercial turboprops. Obviously, we're feeling better about where we're going into 2018 in terms of the level of activity and, frankly, some backlog in those areas. So I certainly think that we'll see increases in the commercial turboprop in total as well.

And again, we saw strong growth in the second half of the year in the service side of the business, driven by high utilization rates. So clearly, we would expect that we'll see that continue, which means we'll see particularly comparables in the first and second quarter of the year will be stronger than they were in 2017. To get to the back half of the year, I mean it's hard to say at this point, but it's – because we saw a lot of growth year-over-year

# Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

Corrected Transcript
31-Jan-2018

already in those two quarters. But that's why we say, Sam, I think that if you look at jets principally driven in our assumptions around Longitude, service growth and clearly in the turboprop, we'll see growth, especially on the military side of the business

---

## Samuel J. Pearlstein
*Analyst, Wells Fargo Securities LLC*                                                                                   Q

And is there any way to think about, in terms of new programs, whether it's 525 or longitude, how many you can expect to get out this year?

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*                                                          A

Well, Sam, we don't do units by model. Obviously, we expect to get certification by the end of the quarter, so you would expect entering into service with first customer deliveries in the second quarter. And look, again, it depends a lot on how the market's doing. And I'd say the feedback on the aircraft is very strong. History we've seen in recent times is you won't start to see a lot of these things close to orders until you worked your way through the certification. So we will kind of have to play that by year.

So 525, you won't have sales this year, right? We should get all of our flight test program complete and wrapped up by the end of the year. Everything should be into the FAA and we'll be working that certification process at the end of 2018. But we certainly don't expect to see sales. The first 525 sales activity should be 2019.

---

## Samuel J. Pearlstein
*Analyst, Wells Fargo Securities LLC*                                                                                   Q

Okay. And then, just more on Bell. I guess 12% margins on modestly lower sales, last year, you started 11% in terms of the margin and ended up doing better. It feels like – what has changed in the helicopter business that's allowing you to put up these kind of margins versus the 10% or 11%? And what are those key drivers in terms of what's down year-over-year on a sales level?

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*                                                          A

Well, what's down on a year-over-year sales level will be on the military side, right? We'll see fewer military sales. I think that we certainly hope to turn that corner. There's a lot of FMS activity that's going on. Obviously, we've been frustrated by lack of notifications in Congress, some things in the Middle East. But clearly, we have customers that want product and we think we will get some of that progressed into the order category here as we work our way through 2018 to try to get that turned around. We certainly expect to be up on the commercial side. We have a good full year of strong deliveries on 505s. We've closed a couple of important orders on 412s, so we'll certainly see an increase in 412 volume this year, which is a great product for us obviously.

So in general, you're seeing a trade between some military product that's going to be the lower volume and in commercial, it's going to be at a higher volume. But net of all that, I think the team's doing a nice job of managing, driving good productivity to help offset some significant investments in the new product front. But it's paying for all for us. The 505 is driving good volume. The 412EPI, those upgrade programs are helping to keep the 412 alive and well. And obviously, we have the 525 and the V-280 coming down the line. So I think the business is doing a nice job of driving productivity, maintaining strong margins and yet making some pretty significant investments in products that are going to drive our future growth.

---



# Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

 Corrected Transcript
31-Jan-2018

---

## Samuel J. Pearlstein
*Analyst, Wells Fargo Securities LLC*

Q

Thank you.

---

**Operator**: Thank you. Our next question comes from the line of Justin Bergner from Gabelli & Company. Please go ahead.

---

## Justin Laurence Bergner
*Analyst, Gabelli Asset Management*

Q

Good morning, Scott. How are you?

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Good. Thanks.

---

## Justin Laurence Bergner
*Analyst, Gabelli Asset Management*

Q

Just wanted to discuss the demand for business jets and tax reform. First off, as it relates to personal purchases of business jets, are you as a team aware of anything that would prevent someone from buying a business jet and taking the full deduction on their personal tax return to get a deduction where the state and local tax deduction might be going away for a wealthy individual?

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, I mean, it has to be a business expense, right? So I mean, we certainly have individuals that purchase aircraft and they have to pro rata the depreciation between business and personal utilization. But no, absolutely, there's nothing in the tax law to change with respect to how that's done. The only difference is that it's a 100% expensing versus the 50%. Well, I mean obviously, we had bonus depreciation, which is effective 50% year one. But, no, there's no change in the tax law. It's purely a matter of allocation between a legitimate business expense or a personal expense.

---

## Justin Laurence Bergner
*Analyst, Gabelli Asset Management*

Q

Okay. Great. That's helpful. And then, there is a big article on The Sunday Times by a London-based business jet broker talking about sort of the extraordinary ramp-up in demand for business jets over recent months. Are you seeing any signs of sort of meaningful acceleration? I know you have a tempered guidance for business jets, but are there signs that you're seeing that suggest maybe things are going to ramp up much quicker than your guidance would suggest?

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, I have to say I don't usually read The Sunday Times, so I don't know the specifics of this article. But look, we are – as I said, I think the sentiment that we're seeing in customer interaction, the level of activity is all very positive. We need to see these things come to fruition. There's no question that in the used aircraft market that's continued to be a good liquidity. People are selling aircraft.

---

# Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

**C** Corrected Transcript
31-Jan-2018

---

Good news for us is we see fewer trades, because the market is strong enough that the brokers out there are – be able to move aircraft. So look, I hope he's right and, obviously, we think with the investments that we've made and the product lineup we have that if the market strengthens, then we'll be a big beneficiary of that, but I think we need to see sort of the enthusiasm that we sense that's out there turn into sales.

---

**Justin Laurence Bergner**
*Analyst, Gabelli Asset Management*

**Q**

Great. Thank you.

---

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**A**

Sure.

---

**Operator**: Thank you. The next question will come from the line of Jon Raviv from Citi. Please go ahead.

---

**Jon Raviv**
*Analyst, Citigroup Global Markets, Inc.*

**Q**

Hey. Good morning, guys.

---

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**A**

Good morning.

---

**Frank T. Connor**
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

**A**

Good morning.

---

**Jon Raviv**
*Analyst, Citigroup Global Markets, Inc.*

**Q**

When you look at slide 9 of your presentation, where do you see some of the opportunities or risks, not just in 2018 but really going forward? And maybe I'm speaking more about something like Systems where in the past we've seen double-digit margin, Industrial margin needs to be higher and obviously, Aviation could be higher as well. In a long run basis, where do you want to see improvement in your segments?

---

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**A**

Well, we'd like to see improvement everywhere. I mean that's the kind of stuff that we work with the guys all through the year. But Aviation, when we look at the Aviation number, obviously, we are assuming a relatively flattish legacy jet line, but clearly, we have the ability to flex that if we do see stronger demand. So if we see stronger demand, if the market is there, then we can see upside to that I think.

At Bell, you're probably not able to see a whole lot of upside on the revenue side. We pretty much know what that number is. The guys do a good job generally, as we work our way through the year on the productivity side, but I think it's a pretty solid guide. Obviously, we'll try to work to get a little upside on the profitability side, but it's I think even at 12%, that business is doing really well and is pretty balanced performance.

---

# Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

Corrected Transcript
31-Jan-2018

Look, Systems is tough, because you take SFW out, which is a great program for us. We're kind of heavy right now on things like Ship-to-Shore, which are great programs. I mean there's going to be a lot of volume there and a great business going forward, but we're still in that sort of fixed price development and we're working in integration and test. Things are coming along okay. We should get some major milestones this year, as we get the thing into the water and get it operating and go through trials. But I wouldn't say that there's a whole lot of upside there just given the nature of the kind of programs that we're executing right now.

Industrial is probably I mean a pretty solid guide I think. I mean there's – it sort of gets Arctic Cat to where it's accretive, it's pretty solid performance. But I think that's where we would really expect to be. So that's kind of color around that I guess. So clearly, the largest upside would be if the business Aviation market really does start to accelerate, then we'll benefit from that.

### Jon Raviv
*Analyst, Citigroup Global Markets, Inc.*

Q

Got it. Thanks, Scott, for that. And just in your commentary about the tax reform bill creating changes in the economy, what are you guys doing maybe almost philosophically? How are you guys approaching the way you're managing the business, capital allocation with this relatively wide ranging bill now legislated?

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, it really hasn't changed our strategy. I mean we've already been investing significantly in terms of R&D and our next generations of product. I think we've been appropriately putting the capital in place to support that, be it in the tooling to support new product programs, continue to win and grow in our Industrial businesses. So I think our capital allocation strategy isn't really impacted. I mean clearly, we will see a cash tax benefit in 2018 as a result of the lower tax rates. And as I said, I think from a capital allocation perspective, we will continue to pursue what we did in 2017, which was frankly pretty aggressive on the buyback side and that's been our principal way of returning cash to our shareholders. I would expect to see that continue in 2018.

### Jon Raviv
*Analyst, Citigroup Global Markets, Inc.*

Q

Thanks so much.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

**Operator**: Thank you. And then, our next question will come from the line of Seth Seifman from JPMorgan. Please go ahead.

### Seth M. Seifman
*Analyst, JPMorgan Securities LLC*

Q

Thanks very much, and good morning. Scott, in recent years, you guys have had some tough breaks in some of the end markets and some execution items that came up, and so, there's been a fair amount of downward pressure on estimates. When you think about how you set up this year and how things are looking, I mean I know

# Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

you always set the guidance and intend to make it. But in terms of like the puts and takes and how much risk there is around the guide this year compared to previous years, how would you assess that?

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, Seth, I think it's kind of the walk that we just did through the page 9 is kind of where I would say the puts and takes are to this thing. I mean as I said, we struggled a little bit, particularly in the third quarter in some of the Industrial on TSV. I think the guys are getting that back on track. I mean there's obviously still work to do in finishing the integration, but we're – I think our guide is a fair number.

I don't know that I could add a whole lot more color to it. I mean I think yes, we ran into some softer end markets than we expected. We had a couple of problem programs that put a lot of pressure on us in 2017, which we started the year of 2017 saying that we thought we were dealing with some – a difficult year in terms of a lack of growth, which we've historically delivered. However, I think we're positioned well going into 2018. There's always issues to work through the year, but I think a lot of the things that we need to do based – both problem programs as well as some investments that we thought we needed to do and things we had to get in place for 2018 are largely there. So I think we feel pretty good about where we are going into the year.

### Seth M. Seifman
*Analyst, JPMorgan Securities LLC*

Q

Great. And just as a follow-up on V-22, maybe if you could give us an update on where you think we are in terms of signing the next multi-year, in terms of if the type of appropriations bill that's being talked about gets signed, does that gives you, you think, a plus up? And maybe kind of take some of the staying out of the decline that's coming for 2019 and 2020. And how you're thinking about preparing Bell for that? Just sort of an overall update on V-22.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, so V-22 is – the multi-year three negotiations are underway, right? We're working that in real time with the customer. I think they obviously are working and I'm trying to understand their budgets and that whole process to frame the program. But right now, I would say we're probably looking at a Q2 or so contract to get multi-year three underway. I think the program of record is well understood. Obviously, we had the ads on the Navy Card program that are, again, well understood. And I don't think there's going to be a whole lot of volatility around the volumes, but it will be a step down, certainly, from where it was in multi-year two.

But I don't think that's changed. I think it is probably looking like a five-year program, right? There was – a while there, people were talking maybe it could be a seven-year program. It's looking to me, I think, the way they're going to appropriate, it will probably be in the more of a five-year contract, which is fine.

### Seth M. Seifman
*Analyst, JPMorgan Securities LLC*

Q

Got it. Thanks very much.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

**Textron, Inc.** *(TXT)*
Q4 2017 Earnings Call

Corrected Transcript
31-Jan-2018

---

**Operator**: Thank you. We have a question from the line of George Shapiro from Shapiro Research. Please go ahead.

---

**George D. Shapiro**
*Analyst, Shapiro Research LLC*

Q

Yes. Good morning.

---

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Good morning, George.

---

**George D. Shapiro**
*Analyst, Shapiro Research LLC*

Q

Scott, I was wondering if you could break out at least a little bit overall, the backlog increase or the book-to-bill, what it would've been in commercial versus military, because it seems like military was down and commercial would have been up by more.

---

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Yes, George, I think from a color standpoint, the stuff that was largely in the backlog, predominately on the T-6 front has been there, so most of the movement you've seen was driven by the commercial side of the business.

---

**George D. Shapiro**
*Analyst, Shapiro Research LLC*

Q

So if you took out the military side, what would the commercial have been up?

---

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

I don't think we'll probably do any more color than that, George, in terms of the backlog.

---

**George D. Shapiro**
*Analyst, Shapiro Research LLC*

Q

Okay. And then, on R&D, why wouldn't R&D be down by more in 2018? I mean I figure Scorpion was maybe $75 million in 2017 going down to pretty close to zero. And you've got total backlog down – I mean total R&D down $14 million. Longitude finishes, you start delivery here in the first quarter. So where is all the imputed higher R&D coming from?

---

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, we are obviously getting a benefit on significantly lower funding, as you say, on the Scorpion program. We do have the Longitude, which will be still strong here at least in the first quarter or so of the year, as we finish the certification testing. So we will certainly have less R&D spending on the fixed-wing side, but we do have Denali heading toward its first flight. We do have the SkyCourier program, which I think will be a great program for us and we're getting pretty aggressive about getting all over that thing and doing that program in sort of that 30-month window and have a full team work in that.

---

# Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

So it's not like R&D spending is going away. In the fixed-wing world, we do have work to do, and I think programs, it will be very strong growth programs for us. And as I said earlier, I think there is a bit of a shift here with 525 being back for the full year, the flight test program, V-280, which, again, is a huge potential program for us. So a lot of R&D spending in that area to support that flight test program as well.

---

### George D. Shapiro
*Analyst, Shapiro Research LLC*

**Q**

Okay. And then, last one, how long would it take for you to decide that you want to increase production rates if you saw continued strength in the business jet market? Would that be something you could do in six months or would that be something that would more affect 2019?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**A**

I think we're in a position that we could affect 2018 and more in six-month kind of a window.

---

### George D. Shapiro
*Analyst, Shapiro Research LLC*

**Q**

Okay. Thanks very much.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**A**

Great. Thank you.

---

**Operator**: Thank you. We have a question from the line of Ronald Epstein from Bank of America. Please go ahead.

---

### Ronald J. Epstein
*Analyst, Bank of America Merrill Lynch*

**Q**

Yes. Hey, Scott. Good morning, guys.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**A**

Good morning.

---

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

**A**

Good morning.

---

### Ronald J. Epstein
*Analyst, Bank of America Merrill Lynch*

**Q**

Can you give us an update on Hemisphere in light of the engine issues, with the 5X program being killed at Dassault and then moving on to a different engine? Where does that put Hemisphere and are you guys thinking about a different engine? Just if you could give us an update on that.

---

**Textron, Inc.** *(TXT)*
Q4 2017 Earnings Call

Corrected Transcript
31-Jan-2018

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

So our guys are actively engaged or sort of real-time, I guess I would say, Ron, on the issue of where is the engine and what will the scope and timeframe be to get the engine on track. So in the case of that particular aircraft, I mean, I think what you saw the 5X guys do is go to a larger aircraft. You have to match engine airplanes, obviously, pretty well to make it work. That's obviously not a strategy that we would follow. So in our case, to do that aircraft requires that engine. I mean to get the differentiation in the market, the fuel-burn, efficiency and range and whatnot is dependent on that engine, and the engine performing per spec. So we're working with the Safran guys to understand where they are and what their path forward is.

And look, we'll have to sort of gate off of that, Ron. So, right now, we're in a position where we haven't spent a ton of money on that program. We continue to do a lot of the early work that you need to do around key subsystem selections and basic aerodynamic work and whatnot. That's at a fairly low level and we'll have to make the call when do we lean into that program or not based on what we see as the engine timeline.

### Ronald J. Epstein
*Analyst, Bank of America Merrill Lynch*

Q

Got you. Got you.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

So...

### Ronald J. Epstein
*Analyst, Bank of America Merrill Lynch*

Q

Is there an opportunity there to maybe use a Canada engine or something like that or is that kind of not a possibility?

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, look, I think the challenge to make that aircraft be what we want it to be, that's the engine that makes it work.

### Ronald J. Epstein
*Analyst, Bank of America Merrill Lynch*

Q

Yes.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

So if you go to a larger engine, then you've got to go to a larger aircraft and that's the path that we're not going to do. Could you – ultimately, again, it all depends on where this engine is, Ron. If the engine is not there, then you kind of would do a step back and say, okay, guys, what do we want to do? Going bigger doesn't make sense to us, so we would have to evaluate a change in our strategy. But again, it's all predicated on where the engine is, and we just don't know yet.

### Ronald J. Epstein
*Analyst, Bank of America Merrill Lynch*

Q

Got you. Got you. And then, maybe just a follow on from that. If something didn't go well with Safran, is there any recourse for you guys or is it still too early to even project that?

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, no, not really, Ron. But again, we haven't put an enormous amount of money into that anyway at this stage of the game, so.

### Ronald J. Epstein
*Analyst, Bank of America Merrill Lynch*

Q

Got you.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

There's obviously – I mean, you could – like I say, you could step back, you could suspend the program, you could wait, there's a whole bunch of options here. But there's no significant financial harm that's been caused. So I mean it's not like we would go back with any kind of a recourse. We just have to wait and see how the engine program progresses.

### Ronald J. Epstein
*Analyst, Bank of America Merrill Lynch*

Q

Got you. Got you. And then, if I can, maybe just one more really big picture question. There's been a lot of talk in the general aviation community about like the electrification of aircraft, particularly around propulsion. Is Cessna looking at that at all? Do you have any thoughts on it, that's kind of too Buck Rogers and far out there or is that something that could be more of a reality sooner?

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, we have spent some time when our kind of advanced concepts guys running numbers and looking at that. It's tough math, right? I mean, when you look at how much energy is required to take an aircraft and go any kind of range with any kind of weight, the energy storage technology just isn't there, right? I mean when you talk about anything in the air, weight is not your friend. So we continue to look at that, and by the way, we're doing the same thing on the rotorcraft side, right? I mean we've probably done more work on the rotorcraft side because there are some small drone technologies and smaller vehicles that don't have to go as far and just the nature of a helicopter you tend to do shorter ranges and less weight, so it's probably more feasible in the rotorcraft world.

We are doing short hop kind of things as opposed to the longer haul that you see in the fixed-wing aviation side. So – but it's largely going to be driven by energy storage and electric propulsion, which for us is that's our supply base that does that. So are we actively engaged with guys that are working on that? Absolutely. Do I see it as becoming a material thing that is going to happen in the sort of mid timeframe? Probably not, but.

### Ronald J. Epstein
*Analyst, Bank of America Merrill Lynch*

Q

Great. Thanks. Thanks, Scott. Yeah.

# Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

 Corrected Transcript
31-Jan-2018

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

---

**Operator**: Thank you. Our next question will come from the line of Rajeev Lalwani from Morgan Stanley. Please go ahead.

---

### Rajeev Lalwani
*Analyst, Morgan Stanley & Co. LLC*

Q

Hi. Good morning, gentlemen.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Good morning.

---

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

Good morning.

---

### Rajeev Lalwani
*Analyst, Morgan Stanley & Co. LLC*

Q

Just a question for you on the M&A landscape and how are you approaching it this year whether as a buyer or a seller of assets?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

We don't make any comments with respect to M&A on either front, Rajeev.

---

### Rajeev Lalwani
*Analyst, Morgan Stanley & Co. LLC*

Q

Okay. And then, as it relates to Bell, Scott, you were talking about not seeing too much in terms of margin opportunity. Can you maybe highlight how an oil and gas opportunity would fit into that just with oil and gas prices obviously a bit better here?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, I don't think it has anything to do with the margin side of things, Rajeev. I mean we're expecting the business around 12%. If you think about oil and gas, which I agree, I mean there is certainly some strengthening in that end market. I think in terms of sales into the oil and gas industry, we are actually seeing some of that already, I mean, in some of the more near end, so therefore, some of the smaller helicopters have clearly opportunity in the longer haul here in terms of things like 525.

But there's also a lot of assets out there, right? So I mean as they went through a pretty tough contraction, they've got to put a lot of assets back to work, but clearly, we see that end market as a big opportunity for the 525 and

---

# Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

hopefully, here, as we see that end market started to strengthen and we get the 525 through certification will be about lined up in the right place, but it certainly won't be a 2018 impact.

---

### Rajeev Lalwani
*Analyst, Morgan Stanley & Co. LLC*

Q

Okay. And a quick clarification on Arctic Cat, did you say that it is going to hit the target of being accretive this year?

---

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

Yes.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Yes.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Okay. Good.

---

**Operator**: Thank you. Our next question then will come from the line of Drew Lipke from Stephens. Please go ahead.

---

### Drew Lipke
*Analyst, Stephens, Inc.*

Q

Thanks for squeezing me in here.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

---

### Drew Lipke
*Analyst, Stephens, Inc.*

Q

On Aviation and commercial turboprop, just King Air deliveries still kind of the low level here in the second half, Caravan deliveries were down pretty significantly year-over-year. You talked about inquiries picking up a little bit last quarter. Did you see that convert into increased orders and then maybe some just little commentary on that market for 2018?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Yeah, we did. I'm not the expert. Well, I think the King Air market started the earlier part of last year a little soft. It certainly strengthened as the year went on. I think we'll be in a pretty solid position here as we go through 2018. Caravan, similarly, we're quite soft in the first half of the year, got stronger as the year went on. I think we've seen a pretty strong level of order activity on Caravan. So we feel pretty good about those going into 2018.

---

# Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

**C** Corrected Transcript
31-Jan-2018

---

### Drew Lipke
*Analyst, Stephens, Inc.*

**Q**

Okay. And then, on Bell commercial, how much of the order book billed or the strength that you've seen there has been tied to the China market and how much of that is due to just some of the regulatory changes that we've seen in that market and how is your opportunity there and how sustainable is it in your opinion?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**A**

Well, I think that we haven't seen a lot of change on the regulatory side in the low altitude spaces. I mean that has been certainly more liberalized than other areas. We continue to feel very good about China in terms of how we're doing, particularly on the light side. So this past year, obviously, we had large orders for 407s, larger orders for 505s. So I think we feel very good about our position in the Chinese market, particularly as has to do with the light, so particularly the 505 and the 407. And I think our deliveries into China this year, as we look at our backlog and our customer bases, I think will be pretty strong.

---

### Drew Lipke
*Analyst, Stephens, Inc.*

**Q**

Thanks. Best of luck.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**A**

Sure. Thanks.

---

### Eric Salander
*Vice President-Investor Relations, Textron, Inc.*

Okay. Ladies and gentlemen, thank you for joining us today and that concludes our call.

---

**Operator**: Thank you. Ladies and gentlemen, thank you for today's call. That's concluded. You may now disconnect.

# Textron, Inc. *(TXT)*
Q4 2017 Earnings Call

 Corrected Transcript
31-Jan-2018

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2018 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.