# EXHIBIT I

C Corrected Transcript

18-Jul-2018

# Textron, Inc. (TXT)

Q2 2018 Earnings Call

Total Pages: 25
Copyright © 2001-2018 FactSet CallStreet, LLC

# CORPORATE PARTICIPANTS

**Eric Salander**
*Vice President, Investor Relations & Treasurer, Textron, Inc.*

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**Frank T. Connor**
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

# OTHER PARTICIPANTS

**Robert A. Stallard**
*Analyst, Vertical Research Partners LLC*

**Carter Copeland**
*Analyst, Melius Research LLC*

**Peter J. Arment**
*Analyst, Robert W. Baird & Co., Inc.*

**David Strauss**
*Analyst, Barclays Capital, Inc.*

**Sheila Kahyaoglu**
*Analyst, Jefferies LLC*

**Seth M. Seifman**
*Analyst, JPMorgan Securities LLC*

**George D. Shapiro**
*Analyst, Shapiro Research LLC*

**Samuel J. Pearlstein**
*Analyst, Wells Fargo Securities LLC*

**Caitlin Dullanty**
*Analyst, Bank of America Merrill Lynch*

**Jon Raviv**
*Analyst, Citigroup Global Markets, Inc.*

**Cai von Rumohr**
*Analyst, Cowen and Company, LLC*

**Drew Lipke**
*Analyst, Stephens, Inc.*

**Rajeev Lalwani**
*Analyst, Morgan Stanley & Co. LLC*

Copyright © 2001-2018 FactSet CallStreet, LLC

# MANAGEMENT DISCUSSION SECTION

**Operator:** Ladies and gentlemen, thank you for standing by and welcome to the Textron Second Quarter Earnings Conference Call. At this time, all participants are in listen-only mode. Later, we will conduct a question-and-answer session. [Operator Instructions] As a reminder, today's conference is being recorded.

And I would now like to turn the conference over to our host, Vice President of Investor Relations, Mr. Eric Salander. Please go ahead, sir.

## Eric Salander
*Vice President, Investor Relations & Treasurer, Textron, Inc.*

Thanks, Brad, and good morning, everyone. Before we begin, I'd like to mention we will be discussing future estimates and expectations during our call today. These forward-looking statements are subject to various risk factors, which are detailed in our SEC filings and also in today's press release.

On the call today we have Scott Donnelly, Textron's Chairman and CEO, and Frank Connor, our Chief Financial Officer. Our earnings call presentation can be found in the Investor Relations section of our website.

Textron's revenues in the quarter were $3.7 billion, up $122 million from last year's second quarter. Income from continuing operations was $0.87 per share, up from $0.57 per share or $0.60 on an adjusted basis in last year's second quarter. Manufacturing cash flow before pension contributions totaled $399 million compared to $341 million in last year's second quarter.

With that, I'll turn the call over to Scott.

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

Thanks, Eric, and good morning, everybody. Segment revenue was up again in the quarter in Industrial, Aviation, and Bell, partially offset by lower revenues at Systems, consistent with our expectations. Operationally, we saw continued strength in our execution with margin improvements at Aviation, Systems, and Bell.

At Bell, revenues were up on higher commercial volumes for the quarter. On the commercial side, we delivered 57 helicopters, up from 21 in last year's second quarter. We continue to see positive demand in the commercial space with strong representation across all our models. In the quarter, we delivered four 505s to the Japanese Coast Guard, demonstrating the aircraft's suitability as a basic helicopter trainer. The 505 received certification in China with the first three units being delivered in June, as the aircraft continues to broaden its international presence.

Moving to the military side of the business, we signed a third V-22 multiyear procurement contract with the DoD to deliver 58 units beginning in 2020, a $4.2 billion multiyear contract, of which $2.2 billion represents Bell's content, provides program production stability through at least 2024. The contract also has a flexibility structured to allow for additional aircraft. We also gained congressional approval in the quarter to provide 12 H-1 attack helicopters to Bahrain.

Copyright © 2001-2018 FactSet CallStreet, LLC

# Textron, Inc. *(TXT)*
Q2 2018 Earnings Call

 Corrected Transcript
18-Jul-2018

On the new product front, the V-280 Valor is now flown in cruise mode just five months after its first flight in December. V-280 reached 190 knots during the May demonstration and continues to expand its flight envelope to the flight test program which is ongoing. Bell also opened its new Advanced Vertical Lift Center in May located just down the street from the Pentagon. The new office allows Bell's military customers, partners and policy makers to interact with Bell's technology for the future of vertical lift, including the V-280 and the unmanned V-247.

Moving to Systems, revenues were down on lower volumes, primarily at Weapons & Sensors related to discontinuance of SFW production and at Textron Marine & Land Systems on lower TAPV deliveries. At TRU Simulation + Training, our 737 MAX full flight simulator was successfully updated to the highest level of qualification by the FAA, marking the first 737 MAX simulator to be qualified at Level D.

Moving to Industrial, we saw a 10% increase in revenues with growth in each of our businesses. At Textron Specialized Vehicles, we introduced the Cushman Shuttle personnel carrier and the E-Z-GO Express personal transport vehicle, both powered by the industry's first 72-volt AC electric drivetrain. Within the Textron Off Road product line, we continue to expand our vehicle lineup, introducing the new Prowler Pro utility side-by-side, delivering power, comfort and reliability to this market. Also, at TSV, our growing GSE product line received an order from Beijing Capital International Airport for the purchase of six Safeaero deicers to increase the efficiency of its operations at the world's second busiest airport.

Moving to Textron Aviation, revenues were up 9%. We delivered 48 jets, up from 46 last year and 47 commercial turboprops, up from 33 last year. We continue to see improving order flow across our jet and commercial turboprop product lines with increasing strength coming from international markets. On the new product front, the Citation Longitude, our new super-midsize aircraft, continues in the FAA certification process.

Based on the FAA's new certification requirements, the number of ground and flight test conditions to be met by the Longitude program has nearly doubled the amount completed on past certification programs. This process is taking longer than initially planned, as our engineering team works alongside the FAA through the enhancement and certification process for the first time.

Continuing with other products, the Denali has entered the next phase of development. Fabrication of first test articles on the SkyCourier continues to track to its development plan. We're excited to leverage these clean-sheet aircraft in the new segments of the market to provide a wide array of aviation solutions for our customers. On the military side, our AT-6 Wolverine aircraft has had very positive flight performance during the Air Force's second phase of the Light Attack Experiment program.

With that, I'll turn the call over to Frank.

## Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

Thank you, Scott, and good morning, everyone. Segment profit in the quarter was $346 million, up $51 million from the second quarter 2017 on a $122 million increase in revenues. Let's review how each of the segments contributed, starting with Textron Aviation. At Textron Aviation, revenues were up $105 million from this period last year, primarily due to higher volume and price. Segment profit was $104 million, up from $54 million a year ago, due to the favorable volume, mix, and price. Backlog in the segment ended the quarter at $1.6 billion.

# Textron, Inc. *(TXT)*
Q2 2018 Earnings Call

 Corrected Transcript
18-Jul-2018

Moving to Bell, revenues were up $6 million, primarily on higher commercial volume, partially offset by lower military revenues. Segment profit increased $5 million from the second quarter in 2017. Backlog in the segment was $5.5 billion at the end of the quarter.

At Textron Systems, revenues were down $97 million, largely on lower volumes at Weapons & Sensors related to the discontinuance of the SFW production in 2017 and lower TAPV deliveries at Marine & Land Systems. Segment profit was down $2 million, primarily reflecting the lower net volume partially offset by favorable performance. Backlog in the segment was $1.2 billion.

Industrial revenues increased $109 million largely related to higher volumes across all our product lines and a favorable impact from foreign exchange. Segment profit was down $2 million despite the increase in revenues from the second quarter of 2017, due to the mix of products sold. Finance segment revenues and profit were both flat compared to last year's second quarter.

Moving below segment profit, corporate expenses were $51 million compared to $31 million last year, primarily due to the impact of the increase in share price in the quarter on compensation expense. Interest expense was $35 million, about flat with last year. We also repurchased 8.7 million shares, returning $571 million in cash to shareholders in the quarter. Through the first six months of the year, we have repurchased 14.6 million shares, returning $915 million in cash to shareholders.

To wrap up with guidance, we are raising our expected full-year earnings per share from continuing operations to a range of $3.15 to $3.35 a share, up $0.20 from our prior outlook. We expect a one-time gain of approximately $400 million from the Tools & Test divestiture in the third quarter of 2018, which is not reflected in this updated outlook. We are also raising cash flow from continuing operations of the manufacturing group before pension contributions to a range of $750 million to $850 million, up $50 million from our prior outlook.

That concludes our prepared remarks. So, Brad, we can open the line for questions.

# QUESTION AND ANSWER SECTION

**Operator:** [Operator Instructions] And our first question today comes from the line of Robert Stallard with Vertical Research. Please go ahead.

....................................................................................................................................................................................................................................................

### Robert A. Stallard
*Analyst, Vertical Research Partners LLC*



Thanks very much. Good morning.

....................................................................................................................................................................................................................................................

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Good morning, Robert.

....................................................................................................................................................................................................................................................

### Robert A. Stallard
*Analyst, Vertical Research Partners LLC*

Q

Scott, this might be one for you. On Aviation, the backlog was flat sequentially. I was wondering if you could shed a bit of color on that, what the various parts of the division saw over the last three months, because that would seem to be rather contrary to the commentary about the strengthening in business jets, for example.

....................................................................................................................................................................................................................................................

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*



Well, Robert, I think the market feels the same way that it did. It's pretty strong. I think we're pleased with the order flow. Obviously, deliveries were up as well in the quarter, and I think the flow of our orders matches that pretty well. So, in terms of the dynamic, it has stayed robust. Obviously, we continue to push on the pricing side in the trade for volume because we still think we got to continue to work that, but end markets are still strong and we're seeing that in both the jet and the turboprop lines.

....................................................................................................................................................................................................................................................

### Robert A. Stallard
*Analyst, Vertical Research Partners LLC*



Okay. And then as a follow-up and separately, Textron Systems and Bell, very strong margins in the quarter. How sustainable do you think these levels of profitability are, particularly if you're obviously having a V-22 step-down rolling through the system at some point?

....................................................................................................................................................................................................................................................

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, look, I think Bell had an extremely strong margin rate here in the second quarter. I wouldn't expect that to sustain, but we've talked about that business over the long term being a 10%, 12% margin business, and I think that's still how we feel about it. The team has done a nice job. I think the contract in terms of multiyear three landed about where we expected in terms of our long-range thinking.

As I said, the contract allows for some increases of a couple aircraft here or there, and I am optimistic that we'll see that both in terms of U.S. demand, as well as ultimately some foreign military opportunities. So, it's fully within our expectations and around where we thought, and obviously we're glad to have it done. It's a good contract, and one that gives us some stability going forward.

....................................................................................................................................................................................................................................................

## Robert A. Stallard
*Analyst, Vertical Research Partners LLC*

Q

And a similar situation with Systems as well, that had very strong margin, too.

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Yeah. [ph] Systems looks good (10:15). I think we certainly expect Systems to be a little bit lighter in the back half of the year. They had a very strong start to the year. We're still seeing very good performance in most of the businesses. Obviously, we will see ongoing reductions in the number of TAPV deliveries as that program winds down through the course of the year. We'll still see – SSC obviously is still in its development and test phase, so that'll dominate the back half of the year as well. And we won't really see the revenues and the margins pick up on that until we start into the production program in 2019. So, I guess, I'd say, Rob, expect a lighter second half, but still strong performance for the total year in that business.

## Robert A. Stallard
*Analyst, Vertical Research Partners LLC*

Q

That's great. Thank you very much.

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

**Operator**: And we do have a question from the line of Carter Copeland with Melius. Please go ahead.

## Carter Copeland
*Analyst, Melius Research LLC*

Q

Hey. Good morning, guys. Or good afternoon, I should say.

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Good morning.

## Carter Copeland
*Analyst, Melius Research LLC*

Q

Just a quick follow-up on Rob's question. Frank, I wonder could you tell us what the net favorable cumes must have been in Bell and Systems. And then, just a second one for Scott, can you just give us some color? You called out price and mix in the Aviation margin strength in the quarter. Was it one over the other? And was aftermarket a notable contributor there that we should know? Just any kind of expanded color on which of those was more important would be helpful. Thanks, guys.

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, I can give you the color part first, I guess. I think at Aviation, it was strong pretty much across the board. Obviously, we had some pricing power in there. The aftermarket, you know we had an accounting change in terms of the revenue, so it will look a little flatter. The reality is, on a apples-to-apples basis it was up high single

Copyright © 2001-2018 FactSet CallStreet, LLC

# Textron, Inc. *(TXT)*
Q2 2018 Earnings Call

Corrected Transcript
18-Jul-2018

digit, which is good for us. The turboprop deliveries were obviously quite a bit stronger than in the second quarter last year, which we expected. I mean that market, particularly the international side of turboprop, has been stronger.

And on the Aviation front, it looks like we're up a couple jets. The reality is, as you guys know, we ceased production of the Mustang. There were about five of those deliveries last year. So, on a like-to-like basis, the mix was actually better because we discontinued a model that was not a very profitable model for us. And those five aircraft turned into five other aircraft that are more in our standard margin reach. And so, I think the mix was positive as well. So, it's both price/mix and, I would say, strength across all the product lines.

---

### Carter Copeland
*Analyst, Melius Research LLC*

Q

Okay.

---

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

And on the program side, we saw, as the numbers would indicate, good performance out of both Bell and Systems on the program side, and we had $64 million of program adjustments for the quarter.

---

### Carter Copeland
*Analyst, Melius Research LLC*

Q

In net?

---

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

That's right, net on a consolidated basis.

---

### Carter Copeland
*Analyst, Melius Research LLC*

Q

Awesome. Thanks, guys.

---

**Operator**: And we do have a question from the line of Peter Arment with Baird. Please go ahead.

---

### Peter J. Arment
*Analyst, Robert W. Baird & Co., Inc.*

Q

Yeah, thanks. Good morning, guys. Nice quarter. Scott, just asking regarding on the Longitude, you made some comments regarding kind of the FAA certification process is taking longer. You're not the only one really that's been affected by this. But maybe you could just give us a little more color as you're kind of looking at the timeline for introduction of Longitude.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, Peter, look, I think it's within the next couple months and the guys are working really hard at this. The good news here is there's no issue. It's not that there's a conflict between us and the FAA over anything technical or programmatic or the aircraft itself. It's just this new process involves the creation of thousands of pages of documentation, which we just haven't done in the past, and it's a result of the implementation of this new process.

---

Copyright © 2001-2018 FactSet CallStreet, LLC

# Textron, Inc. *(TXT)*
Q2 2018 Earnings Call

And it's just an enormous amount of work that we haven't had on previous certifications that was a bit unplanned. I mean how this is being interpreted and implemented is just a lot of paperwork that wasn't really anticipated.

So, again, the good news here is there's not a problem. It's not like we're in any form of disagreement over something to do with the aircraft or anything. It's just a lot of paperwork. So, we're working our way through it and the FAA is working through it with us, and you have to create all these things and review them and sign them off.

---

**Peter J. Arment** <span style="float:right">**Q**</span>
*Analyst, Robert W. Baird & Co., Inc.*

Okay. And then just as a follow-up, unrelated, on the AT-6, sounds like you've had some good flight performance. How is your thinking on just kind of these discussions with your potential customer there?

---

**Scott C. Donnelly** <span style="float:right">**A**</span>
*Chairman, President & Chief Executive Officer, Textron, Inc.*

Well, we think it's gone well. I mean an awful lot was accumulated. A lot of flight testing was done obviously before the accident that resulted in sort of the discontinuance of the flight test piece of the program. But I think the Air Force has been very open about the fact that they're continuing to work this program.

They've got the data they need. They felt that the flight testing that had been accomplished was sufficient. If there's more information, they can certainly reach out to us and/or competitors, and they're continuing with their process as described. So, we would be hopeful to see activity continue and hopefully get to some form of an RFP if they're going forward with the program in kind of the latter part of this year.

But we feel, I think, the aircraft did well. Clearly, I mean, customer is very open publicly about the interest in this area and the demand for a product like this, and we feel like the guys did a great job performing. And we'll just continue to work with the customer as they work through the next steps of the process.

---

**Peter J. Arment** <span style="float:right">**Q**</span>
*Analyst, Robert W. Baird & Co., Inc.*

Great. Thanks, Scott.

---

**Scott C. Donnelly** <span style="float:right">**A**</span>
*Chairman, President & Chief Executive Officer, Textron, Inc.*

Sure.

---

**Operator**: And we do have a question from the line of David Strauss with Barclays. Please go ahead.

---

**David Strauss** <span style="float:right">**Q**</span>
*Analyst, Barclays Capital, Inc.*

Thanks. Good morning. Good afternoon.

---

**Scott C. Donnelly** <span style="float:right">**A**</span>
*Chairman, President & Chief Executive Officer, Textron, Inc.*

Hey, David.

---

Copyright © 2001-2018 FactSet CallStreet, LLC

## Textron, Inc. *(TXT)*
Q2 2018 Earnings Call

### David Strauss
*Analyst, Barclays Capital, Inc.*

Q

Hi. Can you hear me?

---

### Eric Salander
*Vice President, Investor Relations & Treasurer, Textron, Inc.*

A

Yes. Go ahead.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Yeah, we can hear you now.

---

### David Strauss
*Analyst, Barclays Capital, Inc.*

Q

Okay. Wanted to ask about book-to-bill at Cessna. Ex the aftermarket in the quarter, is it fair to say the book-to-bill was around 1.2? And if so, is that a fair kind of number for what you saw on the jet side, specifically?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

No, I think when we look at the book-to-bill number, I mean, I think, the 1:1 is a fair representation. Obviously, we're always going to have a little bit of mix within that between different models within the line in jets and turboprops and military, but it's all consolidated in there.

But I think a 1:1 is a fair representation of where we are on the jet side. And again, because if deliveries were up, revenue was up, which means commensurately order activity was up. So, I think particularly when we think about where Q2 is, I mean order rates were better than they were in Q1. So, even though the book-to-bill number may not be what it was in Q1, the reality is that the activity in the market continues at a good pace.

---

### David Strauss
*Analyst, Barclays Capital, Inc.*

Q

Okay. And as a follow-up on – in terms of your guidance reads for the year, I apologize if I missed this earlier, are you seeing higher Cessna – higher deliveries out of Aviation specifically on the jet side in your revised guidance today as compared to what you saw the year at? And also, the 8% margin guidance for Cessna for the year looks like you'll come in better than that.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Yeah, I think, David, look, mostly as we look at our revised guidance, it's reflecting just stronger margin performance in Aviation and in Bell and in Systems, obviously, I think it will be slightly probably below where we were thinking just because of the Tools & Test position, which is a strong margin business – out of Industrial, I'm sorry, but the guidance increase on EPS is really driven by better margin performance in those three segments.

---

### David Strauss
*Analyst, Barclays Capital, Inc.*

Q

Okay. Thanks, guys. Appreciate it.

---

# Textron, Inc. *(TXT)*
Q2 2018 Earnings Call

 Corrected Transcript
18-Jul-2018

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

---

**Operator**: And we do have a question from the line of Sheila Kahyaoglu with Jefferies. Please go ahead.

---

### Sheila Kahyaoglu
*Analyst, Jefferies LLC*

Q

Hey. Good morning, everyone.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Hi, Sheila. How are you?

---

### Sheila Kahyaoglu
*Analyst, Jefferies LLC*

Q

Scott, I was wondering can you comment on the competitive landscape and maybe the changes you're seeing giving Bombardier and Embraer might be focused elsewhere. So, just on the competitive landscape both in the bizjet market, but also maybe on the commercial helicopter market as well. Thank you.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*



Sure. Well, I mean we haven't seen a big change. I mean, it's still obviously a very competitive market. There haven't been – obviously, here through the first couple quarters, the competitive dynamic of – the model-to-model comparisons are the same as they've been. So, it's still quite competitive. But like I said, we will have continued to sort of trade price over volume to try to put some discipline into that marketplace. But the competitive dynamic, I would say, is largely unchanged.

And the same is true, I think, on the helicopter side. The good news is the market, particularly in the lighter end of the market, is as competitive as it's been. Obviously, we're seeing a lot of growth around the 505 as a new model coming in. And as that thing is ramping up its production and a lot of deliveries coming out, we feel great about where that product is. It competes very, very well given its performance and capabilities.

But we're also seeing very strong performance on the 407. I mean there's some nice upgrades to the product, but it's a competitive marketplace, but it's a very strong product. Even 429s, which as you guys know, we're expecting a little lighter deliveries this year, but 429 order activity has stepped up pretty significantly. So, again, I think the market is very competitive, but we've got a great set of products that are doing very well.

---

### Sheila Kahyaoglu
*Analyst, Jefferies LLC*

Q

And then on R&D, if you could just comment, you've gone through a phase of higher R&D. What are you focusing on over the next 18 to 24 months?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

---

Copyright © 2001-2018 FactSet CallStreet, LLC

**Textron, Inc.** *(TXT)*
Q2 2018 Earnings Call

 Corrected Transcript
18-Jul-2018

Well, we probably won't get into guiding too much beyond this year but as you know, I think our overall R&D number, we do expect to see some modest reduction on the fixed-wing aviation side, largely as we scale back things like Scorpion, but we continue to invest obviously in Longitude. We've got Denali coming down, we have SkyCourier coming along. So, there still is strong R&D spending at Aviation, just probably not as much as we've seen in the last couple years.

Bell, on the other hand, has stepped up a little bit. We have 525 in the flight test program, we have V-280 flying. So, there's obviously still spending there, but we'll largely see sort of a shifting somewhat of the R&D around some of the businesses. But obviously, what's important for us, I think, going forward is that as we see these revenue increases and we see the benefit frankly of some better end markets in some of these new product launches, it does become a bit of a tailwind for us in terms of overall margin rates.

---

Sheila Kahyaoglu
*Analyst, Jefferies LLC*

Q

Great. Thank you.

---

Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

---

**Operator**: And we have a question from the line of Seth Seifman with JPMorgan. Please go ahead.

---

Seth M. Seifman
*Analyst, JPMorgan Securities LLC*

Q

Thanks very much, and good afternoon. Following up on the V-22 and understanding that you don't want to give very much guidance beyond this year, I think one thing that might be helpful for people just to level set is the amount of earnings headwind, even if it's just some qualitative commentary that we can expect as the V-22 starts to ramp down next year. We all know it's happening, seems to be a little over $400 million of EBIT at Bell this year. How can we think about the headwind there?

---

Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, you really won't see much impact of this lower rate really until late next year, right, as you start to get into the next fiscal year of funding. And I need to be careful here because given this 606 stuff, so that doesn't tie out specifically to deliveries anymore, so it's really more of a cost accumulation thing. It's kind of hard for me to – I'm not exactly sure how to articulate that to you beyond – I mean you guys got to know obviously it's public in terms of what the contract delivery dates are. As I said, I think there'll probably be some additional unit volumes added into each year. So, I think of the new contract as sort of a floor, if you will. But I wouldn't expect a big impact in 2019, it starts to become more material into 2020.

---

Seth M. Seifman
*Analyst, JPMorgan Securities LLC*

Q

Great. Thanks. Thanks very much.

---

Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

---

# Textron, Inc. *(TXT)*
Q2 2018 Earnings Call

 Corrected Transcript
18-Jul-2018

And we can probably help you guys, by the way, just in terms of the contract stuff probably offline. Yeah.

---

## Seth M. Seifman
*Analyst, JPMorgan Securities LLC*

Q

Great. Thank you.

---

**Operator**: And we do have a question from the line of George Shapiro with Shapiro Research. Please go ahead.

---

## George D. Shapiro
*Analyst, Shapiro Research LLC*

Q

Yes. Couple of quick questions. Back on the book-to-bill being 1, can you separate it out into how the turboprop was versus the new jets or how the defense was versus the new jets?

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

No, George, I don't think we're going to get – I mean that we're not going to start kind of breaking out the book-to-bill by the individual product models and whatnot. But just again, just from a color standpoint, it's been pretty strong. We're very, very happy with the order flow in both the jets and the turboprop side.

Look, military deliveries were up in the quarter, right? You'll see that on the T-6s. So, there's obviously some impact of strong sales on T-6. But despite the – you say, well, 1:1, that's okay, it's okay, the facts are their order flow was stronger in the second quarter than it was in the first quarter, and we continue to feel good about where the market's heading on both turboprop and the commercial jet business.

---

## George D. Shapiro
*Analyst, Shapiro Research LLC*

Q

And R&D in the quarter at Aviation, Scott, sequentially; was it down a little bit year-over-year? Can you give those two qualitative comments?

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, look, I would – again, from a color standpoint, George, as we've indicated, I think the quarter was consistent with kind of the color that we've been providing, which is that we'll see some reduction at Aviation, offset by some increases largely at Bell with the flight activity going on and the quarter was typical of that.

---

## George D. Shapiro
*Analyst, Shapiro Research LLC*

Q

And one for you, Frank. The tax rate was pretty low again. Have you changed your outlook for the year? And why was it low?

---

## Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

Yeah, we had some benefits from some discrete items in the quarter. So, our revised guidance assumes a tax rate of about 19.5% for the year.

---

## George D. Shapiro
*Analyst, Shapiro Research LLC*

Q

Okay. Thanks. I'll get back in the queue.

## Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

But it essentially reflects the first couple quarters of discrete items that we benefited from.

## George D. Shapiro
*Analyst, Shapiro Research LLC*

Q

Okay. Thanks very much, and I'll get back in the queue.

## Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

Sure.

**Operator**: And we do have a question from the line of Sam Pearlstein with Wells Fargo. Please go ahead.

## Samuel J. Pearlstein
*Analyst, Wells Fargo Securities LLC*

Q

Good afternoon. Just on the guidance, the $50 million increase in the cash flow, looks like about half of that is a CapEx reduction. Can you just talk? Is it straight net income improvement? And then, on the CapEx, is it related to the adversary air? Can you just talk about how you're viewing the adversary air spend this year and next kind of compared to before?

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Yeah, Sam. So, there's a couple things going on here. I mean, obviously, expectations for a little stronger margin rate, therefore better earnings is obviously following through in the cash flow. There's a debit that we had to take out of that with the second half of Tools & Test not being in there both from the free cash flow generation, but obviously some of that CapEx reduction is reflective of not having CapEx in that business in the second half of the year.

And there is some benefit on the aggressor work. So, given where we are on those contracts and timelines, we are deferring some of that. Obviously, we're still comfortable that we have everything lined up in support of future Air Force programs, but we have been able to defer some of that CapEx in 2018. So, those are all sort of contributing to that net benefit of $50 million, taking all that into consideration.

## Samuel J. Pearlstein
*Analyst, Wells Fargo Securities LLC*

Q

Okay. And then, can you talk a little bit about just the distribution inventory levels with Arctic Cat now that you kind of ended the winter season, just where did you end up and how is that looking?

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A



# Textron, Inc. *(TXT)*
Q2 2018 Earnings Call

Corrected Transcript

18-Jul-2018

---

So, Sam, I'm afraid I don't have those numbers at my fingertips here. But, I mean, we continue to make progress, and I would say most importantly when we look at what's in the inventories, it's pressure stuff, right? So, I mean, a lot of the stuff that was really older inventory has been moved off their books. I mean, obviously, these guys are taking re-stockings of current model year product.

Probably not a lot of change in snow. I mean, we're at that time of the year, obviously, where we're producing all the snow product for next year, and we'll start those load-ins here as we get into the latter part of the year. I'd say the good news is demand from the dealers, what we're seeing is up. And we've got a couple great new products. I mean, last year was great in terms of burning down a lot of the inventory. We had some new stuff that came out last year that helped, but we've got a couple pretty exciting 2019 models that are driving some pretty strong pre-season order demand, which we're building now, we'll start to load in here in the next couple months.

---

### Samuel J. Pearlstein
*Analyst, Wells Fargo Securities LLC*

Q

Okay. Great. Thank you.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

---

**Operator**: And we do have a question from the line of Ronald Epstein with Bank of America Merrill Lynch. Please go ahead.

---

### Caitlin Dullanty
*Analyst, Bank of America Merrill Lynch*

Q

Hi, guys. This is Caitlin on for Ron today. Just wanted to touch on orders a little bit. What do you see is really driving the incremental orders at Textron Aviation? Are you seeing more interest from individuals or corporates? And then, are the orders really more for replacement, aircraft upgauging, or just new purchases? Thanks so much.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*



A

Well, I would say that the order activity continues to be across virtually all the models, so it's not isolated in one area or the next. We always have a lot of – the bulk of our customers are current aircraft owners of one type or the other, and most of them are upgauging, although a lot are simply replacing older aircraft that they've had now for probably longer than they would like to have had them. So, it's across the board. There's no particular dynamic that's changing it one way or the other.

I'd say the one thing that we did see in the quarter which is encouraging is, there's an uptick in international orders. So, this has been pretty U.S. centric here for the last number of years and obviously it was great to see the U.S. market getting stronger over the last, say, six, nine months, but we're also now seeing more strength in the order rate in Europe and in Latin America, some Asian activity. So, we're seeing more participation internationally as well. So, it's broad based in terms of the models, the segments, be it jet, turboprop, and also now starting to see some broadening of the strength internationally.

---

# Textron, Inc. *(TXT)*
Q2 2018 Earnings Call

### Caitlin Dullanty
*Analyst, Bank of America Merrill Lynch*

Q

Great. Thank you. Thank you so much.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

---

**Operator**: And we do have a question from the line of Jon Raviv with Citi. Please go ahead.

---

### Jon Raviv
*Analyst, Citigroup Global Markets, Inc.*

Q

Hey, everyone. Thanks for taking the questions. Scott, when it comes to Aviation production rates, how are you balancing that decision-making process with the pricing you want to hold on to and drive with backlog growth? And then, also how much pricing you get to see before you kind of start storing up the supply chain and I guess related question is, have you actually had any discussions with your suppliers on potentially raising production rates?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, this is something we look at on really a real-time basis, right? So, depending on what activity we're seeing and whether we can meet the pricing targets that we have out there, we're looking at this on a week-to-week basis. So, there are certainly suppliers that we know and have had all discussions and know where they stand.

Just even without a whole lot of supplier work, if we need to flex a couple aircraft here and there, we can do that. So, I'm not sure I would go into it any further than that. I mean, we feel like right now we're well matched to meet the demand based on the price levels where we are, and if things continue strengthening and we decide that we need to take it up, then, well, obviously we have the flexibility to do that.

---

### Jon Raviv
*Analyst, Citigroup Global Markets, Inc.*

Q

Okay. And then just going forward, some of the margin drivers that we should think about, turboprops is getting better, that's accretive. But is there something then in your production process on the jet side that could enable the typical incremental margin targets you talked about or is it perhaps enable us to sort of exceed those?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, I think part of why we're feeling good about the margin and incorporating that as part of our guidance increase is that the team is executing well. I mean, obviously, as I said, oh, I mean [ph] it's not worth (31:46) seeing a big change versus our plan on the volume side. But the guys are executing well. We're getting good volumes through the shop. We're getting good productivity. And, of course, we're continuing to drive the pricing. So, the combination of those is giving us an incremental margin lift.

---

### Jon Raviv
*Analyst, Citigroup Global Markets, Inc.*

Q

---



Copyright © 2001-2018 FactSet CallStreet, LLC

# Textron, Inc. *(TXT)*
Q2 2018 Earnings Call

 Corrected Transcript
18-Jul-2018

Would you be able to quantify what the new margin guidance is for the year?

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

No, we won't go back segment by segment, but I think just from a color standpoint, Jon, you expect that – versus kind of the aggregate numbers that we gave you guys, you would expect that we'll finish the year a little stronger in Aviation, Bell, and Systems and probably just a little bit lighter on Industrial side.

### Jon Raviv
*Analyst, Citigroup Global Markets, Inc.*

Q

Got it. Thank you, Scott.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

**Operator**: And we do have a question from the line of Cai von Rumohr with Cowen and Company. Please go ahead.

### Cai von Rumohr
*Analyst, Cowen and Company, LLC*

Q

Yes. Thank you very much. Could you give us a little more color in Aviation in terms of how much of the gain was price, how did the pre-owned do? Did you book a profit or a loss? And maybe, how much was the kind of aftermarket business? Thank you.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

So, I'll go backwards. Aftermarket, Cai, on a – again, there was a change in the accounting of how the revenue was shown on some of these engine programs, but if you look at sort of the – net that out, the aftermarket growth was strong with a high single-digit number. Now, on a percent basis, aftermarket did shrink somewhat as a percent of the total because we had strong deliveries on the original equipment side. So, I would say a strong contribution from aftermarket, but still a somewhat smaller percentage of the total, given the strength on the front end of the business which is good.

So, the margin improvement, obviously, the price is a strong contributor in there, but we're also seeing our ability to convert some of these higher volumes into their gross margin on the product. So, the guys are doing a good job on cost and overhead control, and so the intersection of those two things is what's driving that profitability. We always have it's not a big material number. There's a little bit of noise always around from quarter to quarter how much used aircraft valuation and whatnot is in there, but it's not something that's going to swing it one way or the other.

Now, one thing to keep in mind, Cai, as we go through the balance of the year is we are going to have the first Longitudes coming out and as you would expect, there will be some margin pressure associated with those. But we still feel like given the performance overall of the business and how it's doing, we're still going to see net better margin than we originally guided, despite some of the overhang of the new product launch on Longitude.

# Textron, Inc. *(TXT)*
Q2 2018 Earnings Call

**C** Corrected Transcript

18-Jul-2018

---

### Cai von Rumohr
*Analyst, Cowen and Company, LLC*

**Q**

Okay. And my question on price, in the first quarter your 10-Q indicated you got $9 million benefit from price. Could you tell us how much was that benefit in the second quarter? And you'd mentioned also a couple of months to certification on the Longitude. I mean, do you expect to deliver any in the third quarter? And how many can you deliver, given it looks like it's taking longer to get it certified?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**A**

So, the price number in the quarter will be about $29 million. The Longitude – look, I'm hedging a little on the date, Cai, and obviously I don't want to be doing that, but we're working through a process that we haven't gone through before. So, that's why I'm trying to be able to give us a little bit of room here but, yeah, we certainly expect to deliver the first Longitudes in Q3.

But we have to get through this process, and it's proving to be a little more difficult than we thought. But we would certainly still expect to make initial delivery in Q3. And I don't know that we've ever guided the total number of Longitudes we'll have for the balance of the year, but I don't see us coming off of our original expectations. It just means we'll have all deliveries in sort of late Q3 through Q4 or even if for some reason this thing doesn't get across the goal line here for the first one, then they would all deliver in Q4.

I feel good. I mean our production activity, again, there's nothing with the aircraft. There's nothing that caused us to have to go back and make changes to the aircraft. We've been building the aircraft. They're going to be ready to go. It's a matter of getting all the certification work complete. So, I don't foresee at this point a risk to what our plan was in terms of the 2018 Longitude deliveries.

---

### Cai von Rumohr
*Analyst, Cowen and Company, LLC*

**Q**

Thank you very much.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**A**

Sure.

---

**Operator**: And we do have a question from the line of Drew Lipke with Stephens, Inc. Please go ahead.

---

### Drew Lipke
*Analyst, Stephens, Inc.*

**Q**

Congrats on a good quarter. Just first question on Industrial, can you maybe elaborate a little bit more on the driver of the negative mix impact there and what you're seeing there?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**A**

Well, Tools & Test is a good margin business. So, that margin obviously won't be there in the second half of the year. So, when we look at the total mix across the Industrial segment, I would expect to see some reduction in that. Now that's the operating profit level. Obviously, we're in the process of doing buybacks to try to mitigate what that means in terms of EPS.

---

But as we indicated when we did the transaction, we expect we will see a few cents of dilution in 2018. That's factored into what we gave you guys in terms of the revised guidance, so that takes that into consideration. But as we said with the buyback programs and as we look into 2019, we expect that that dilution goes away. But from a mix standpoint, we're taking a good margin business out of the second half of the year.

---

## Drew Lipke
*Analyst, Stephens, Inc.*                                                                                              Q

And then with Arctic Cat, can you talk about ORV and snow retail trends? I know April was tough with weather. It sounds like the ORV industry really rebounded in May and June. What are you seeing in terms of industry trends? And can you comment on kind of your market share and just the overall profit improvement at Arctic Cat?

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*                                                         A

Well, I think we are seeing profit improvement at Arctic Cat and we would continue to expect to see incremental margins frankly overall in our Industrial segment improving as the year goes on. I mean, despite that we're taking out Tools & Test, so the total year guidance is down a little bit, but we will certainly expect to see positive progression here through the balance of the year. Look, the snow is obviously not in a retail phase right now, right? We're kind of in the production side of that and the stocking. So, that's – which, again, I think is quite favorable for us. We feel really good about where that business is and what the stocking orders look like.

On the dirt side of the business, we're seeing improvements. Having the XX out there is – it's later than was expected when we did the acquisition, but it is fully in the market and we're frankly struggling to meet demand of producing them, and we've just launched the Prowler Pro, which launches into really the largest segment of that market. We think we got a great product. But, again, that's one that's just barely starting to run through the production line and get deliveries out to the dealers.

So, again, a model which we're seeing strong demand. We just got to produce as quickly as we can. So, I think the end market of all the data I see is positive here in the last couple months. We're certainly seeing strong demand on the products that we've launched into the marketplace and, obviously, expect to see the revenue and the margin continue to expand through the balance of the year.

---

## Drew Lipke
*Analyst, Stephens, Inc.*                                                                                              Q

And you think you're holding serve on market share?

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*                                                         A

Well, yeah, no, I expect we're feeling very good about snow. I think our market share is going to be up, which will be quite strong. And, again, on sort of the backs of a couple launches here around XX and Prowler Pro, we certainly are seeing an uptick and expect to see a continued uptick in our share through the balance of the year.

---

## Drew Lipke
*Analyst, Stephens, Inc.*                                                                                              Q

Thanks, guys.

---

# Textron, Inc. *(TXT)*
Q2 2018 Earnings Call



Corrected Transcript

18-Jul-2018

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

---

**Operator**: And we do have a question from the line of Rajeev Lalwani with Morgan Stanley. Please go ahead.

---

### Rajeev Lalwani
*Analyst, Morgan Stanley & Co. LLC*

Q

Hi, Scott. Hi, Frank.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Rajeev.

---

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

Hey.

---

### Rajeev Lalwani
*Analyst, Morgan Stanley & Co. LLC*

Q

Just I wanted to come back on the Aviation side, you touched on this a bit before, but as you think about just trying to get margins up and before you start pushing volumes, where are you trying to get back to? I mean, are we looking at just sort of a historical average going back to historical peaks kind of a thing? Is that guiding you at all? And then, unrelated to that, as far as so maybe the ways around product development with the FAA certification and all, how does that impact some of the other products you're working on, SkyCourier, Denali, maybe even the Hemisphere if at all?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, Rajeev, look, I don't want to go out and make some target number or a target around historical numbers. I mean, because our – the revenue is a mix of product. The volumes are just totally different than where those were. But, look, our objective is to just keep improving this thing every year, driving cost, driving price, and push up.

Look, this clearly needs to be a double-digit margin business. I fully expect it's going to get back up in the double-digit margin business, and that's – the team is pretty focused on working to get there, and it's sort of all of the above, right? It's cost, it's new products, it's pricing, and I think that the march we're on here as we go from last year through this year into next year is all moving in the right direction.

In terms of the FAA question, look, I think as these new processes are different for different models and different weight classes and things like that, so I don't know that we'll – we have to understand how each model is going to go. But the difficult thing, obviously, is the first time you go through this, we're learning, frankly our local FAA office is learning and implementing this and understanding what it really means. And so, I think, obviously, we would be in a better position to anticipate how this needs to go, what kind of documentation needs to be created, how does it change as changes happen through the development program.

---

So, I would be, I don't know, maybe cautiously optimistic that we can execute through it better in the future, but right now it's sort of a bit of a discovery process in terms of all this documentation. So, it's certainly not an efficient way to go through it. And so, I'd like to think that as we and the FAA get through this process, we're going to look back at it and maybe make some modifications to the process to make sure this is all value added. But then, also, as you go through a second time and a third time, you're going to be better at doing it, more efficient at doing it.

---

## Rajeev Lalwani
*Analyst, Morgan Stanley & Co. LLC*

Q

Thank you.

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

I'm sure that was not as clear as you might like, but I don't know how to make it any clearer because we're just trying to figure it out right.

---

**Operator**: And we do have a follow-up question from the line of Seth Seifman with JPMorgan. Please go ahead.

---

## Seth M. Seifman
*Analyst, JPMorgan Securities LLC*

Q

Thanks. I just wanted to follow up. Appreciate the color on Industrial. A couple of years ago, in the middle of the decade, this was like a mid-8s business margin-wise without Tools & Test. It seems like it should still be able to be an 8% margin business. I just want to verify that you think if that's correct and kind of how long does it take to get there, and what's sort of the key factor. Is it execution on the Specialized Vehicles side? Is it reaching a certain volume on the Specialized Vehicles side? What sort of needs to happen to get to that level?

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, look, Seth, I think there's no question this should be an 8% or better margin business. We're just sort of caught in a position here where we've disposed of something that was accretive to that margin rate and have just acquired something that was quite dilutive to that margin rate. So, we're sort of catching it here in the middle of this thing.

So, there's no question that we need to be at or north of that historical kind of margin rate, and I'm confident that we're going to get there. I think that the vehicle business is the critical one to drive that, and clearly we need to see increased volumes. We have every expectation that we can continue to gain share in that area. We've got some great new products that are going into it, but we also have to do a great job on driving cost in that as well.

So, as I said, we're taking up business that was losing money and turning that around that's making positive steps in the right direction. And like I said, I think you should see us expanding those incremental margins through the balance of the year and all the way through next year. This is a business that needs to be a good, healthy margin business and I think we will get there.

---

## Seth M. Seifman
*Analyst, JPMorgan Securities LLC*

Q

Thank you.

---

Copyright © 2001-2018 FactSet CallStreet, LLC

# Textron, Inc. *(TXT)*
Q2 2018 Earnings Call

**Operator**: And we do have a follow-up question from the line of George Shapiro with Shapiro Research. Please go ahead.

---

### George D. Shapiro
*Analyst, Shapiro Research LLC*

Q

Yes. Frank, if I look sequentially, inventory's dropped like $165 million. Now, is that partly due to taking out Tools and putting it as assets for sale? Or is it more due to the high delivery of the Aviation planes? And I would expect maybe it comes down some more in the second half as you actually make some Longitude deliveries. So, if you could give us some color on that.

---

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

Sure. Yeah, so part of the reduction in the quarter on a sequential basis was Tools & Test. That was about $100 million of it as we moved the Tools & Test assets and liabilities to held for sale. So, we had about $65 million of other inventory reduction, and certainly, yes, given our seasonal pattern and higher deliveries in the second half of the year, we would expect for inventory levels to come down as we move through the year.

---

### George D. Shapiro
*Analyst, Shapiro Research LLC*

Q

And then, one follow-up on Bell. If you take out the $2.2 billion V-22 backlog, sequentially the Bell backlog was down a little bit. Is that from military, because it would seem like commercial is getting better? And then also, Scott, I think on the first quarter you expected a pickup in the medium helicopters. We didn't see it in the second quarter. Will we see it the second half? Thanks.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure. So, absolutely, George, the $2.2 billion went in from the multiyear. Obviously, we continue to deliver V-22s and H-1s which takes out of the backlog the commercial side of the business. Order flow continues to be strong. So, again, we don't get in and break down all of these pieces, but from a color standpoint, that's a fair representation of what's going on in terms of the business and the order rates in the backlog at Bell.

On the medium side, as I've said, we've seen 412 orders, we've seen strong 429 orders. There's still a number of 412 campaigns that are out there. So, I think we see frankly strong order flow and activity across all the models [ph] just surge (47:29).

---

### George D. Shapiro
*Analyst, Shapiro Research LLC*

Q

Okay. And then, just last in Aviation, what's the lead time if you want to increase production rates, three months, six months?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, it depends on the model, George. We usually would say it's more like out of net, the six to nine months. I mean, there you got the long lead items like engines, for instance, that kind of gate that and, again, I try to be careful with an exact number because all of our suppliers have their own flow of activity and they have flexibility within their own systems.

---

So, if we want to go in and make a change to our plans that are shorter than that, there are cases where we can do that, so we can flex volumes by a few units. But if you were really talking about a dramatic change, then, yes, it takes a long time. But, guys, we're never going to be what you see in the media where we're going to come out and say, we're going from 40 to 50 over the next two years.

I mean, that's not the nature of our business, obviously. It's more of a flow activity and, obviously, we're communicating and talking to our suppliers all the time and looking to order rates all the time. So, I'm just not worried about the market and order and getting out of line with what we can do in terms of demand. It's just not an issue. It's asked about a lot. It's not something we worry about a lot. We work it every day.

---

### George D. Shapiro
*Analyst, Shapiro Research LLC*

**Q**

Okay. Thanks again very much.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**A**

Sure.

---

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

**A**

Sure.

---

**Operator**: And we do have a follow-up question from the line of Jon Raviv with Citi. Please go ahead.

---

### Jon Raviv
*Analyst, Citigroup Global Markets, Inc.*

**Q**

Hey, thanks for taking the follow-up. In Aviation, appreciating that Denali and SkyCourier are certainly important for the portfolio, but just after Longitude launches, what are those engineers going to do? Where do you think we move to as long as Hemisphere is still on hold? Is there any interest in looking back at the lower end of the portfolio considering there's relatively less new product from your competitors down there?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**A**

I missed the beginning of your question.

---

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

**A**

What are the engineers that have been working on Longitude do? They're already on other programs.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**A**

Yeah. Most of them have moved already to the Denali program and the SkyCourier program. That's where most of the activity is right now. I mean obviously, there's still a good flight testing that's working and on the certification process for Longitude. But we've sort of worked through a lot of the design phase of Denali. We're building the first flight test articles as we speak. So, a lot of the detail design activity really now is in the SkyCourier side of

---

Copyright © 2001-2018 FactSet CallStreet, LLC

# Textron, Inc. *(TXT)*
Q2 2018 Earnings Call

**Corrected Transcript**
18-Jul-2018

---

things. We don't have anything to announce today in terms of the rest of the portfolio. I mean obviously, we're always looking at upgrades and what we need to do to make the whole rest of the product line stay fresh. But there's nothing that I would announce at this point.

---

### Jon Raviv
*Analyst, Citigroup Global Markets, Inc.*

Q

Okay. And then just on Longitude, just slot availability, can you comment on how sold you are at that point? And then a related question is, how have you adjusted or haw are you adjusting to selling a larger aircraft given the Textron Aviation's historical focus on more of the owner operator?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, we've been working the sales side of the Longitude for a while now. I think our teams have done a good job out there. We have a great set of prospects. A lot of folks have been in this aircraft. I mean, there's no shortage of customers that are interested in it, and our sales folks are talking with those folks. A lot of demonstration flights have been going on, continue to go on, and we feel very good about our prospect list.

So, I mean – or obviously some order activity is going on, and there's a pretty strong pipeline of people that are very interested in the aircraft that are watching and waiting for the certification process. But in terms of our ability to go out and sell this aircraft, I'm not concerned about that. We seem to be reaching the customers that have an interest in an aircraft of this class.

---

### Jon Raviv
*Analyst, Citigroup Global Markets, Inc.*

Q

Thank you.

---

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

Sure.

---

**Operator**: And that does conclude our question-and-answer session. And I'd like to turn the conference back to your host for closing comments. Please go ahead.

---

### Eric Salander
*Vice President, Investor Relations & Treasurer, Textron, Inc.*

Okay. Ladies and gentlemen, that concludes our call for today. Thank you for joining us. And we'll talk again next quarter.

---

**Operator**: And, ladies and gentlemen, today's conference will be available for replay after 10:00 a.m. today through October 17 of this year. You may access the AT&T TeleConference replay system at any time by dialing 1-800-475-6701, entering the access code 431861. International participants may dial 320-365-3844. And those numbers again are 1-800-475-6701 and 320-365-3844, again entering the access code 431861. That does conclude your conference for today. Thank you for your participation and for using the AT&T Executive TeleConference Service. You may now disconnect.

---

# Textron, Inc. *(TXT)*
Q2 2018 Earnings Call

 Corrected Transcript
18-Jul-2018

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2018 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.