# EXHIBIT K

18-Oct-2018

# Textron, Inc. (TXT)

Q3 2018 Earnings Call

Total Pages: 27

Copyright © 2001-2018 FactSet CallStreet, LLC

**Textron, Inc.** *(TXT)*
Q3 2018 Earnings Call

Corrected Transcript
18-Oct-2018

# CORPORATE PARTICIPANTS

**Eric Salander**
*Vice President, Investor Relations & Treasurer, Textron, Inc.*

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**Frank T. Connor**
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

# OTHER PARTICIPANTS

**George D. Shapiro**
*Analyst, Shapiro Research LLC*

**Jon Raviv**
*Analyst, Citigroup Global Markets, Inc.*

**Seth M. Seifman**
*Analyst, JPMorgan Securities LLC*

**Rajeev Lalwani**
*Analyst, Morgan Stanley & Co. LLC*

**Carter Copeland**
*Analyst, Melius Research LLC*

**Robert Stallard**
*Analyst, Vertical Research Partners LLC*

**Cai von Rumohr**
*Analyst, Cowen & Co. LLC*

**Peter John Skibitski**
*Analyst, Alembic Global Advisors*

**Sheila Kahyaoglu**
*Analyst, Jefferies LLC*

**Peter J. Arment**
*Analyst, Robert W. Baird & Co., Inc.*

**David Strauss**
*Analyst, Barclays Capital, Inc.*

**Samuel J. Pearlstein**
*Analyst, Wells Fargo Securities LLC*

**Kristine Tan Liwag**
*Analyst, Bank of America Merrill Lynch*

**Noah Poponak**
*Analyst, Goldman Sachs & Co. LLC*

Copyright © 2001-2018 FactSet CallStreet, LLC

**Textron, Inc.** *(TXT)*
Q3 2018 Earnings Call

Corrected Transcript
18-Oct-2018

# MANAGEMENT DISCUSSION SECTION

**Operator:** Ladies and gentlemen, thank you for standing by and welcome to the Textron T\third quarter earnings conference call. At this time all participants are in listen-only model. Later, we will conduct a question-and-answer session and instructions will be given at that time. [Operator Instructions]

At this time, I'd like to turn the conference over to the Vice President of Investor Relations, Eric Salander. Please go ahead.

---

## Eric Salander
*Vice President, Investor Relations & Treasurer, Textron, Inc.*

Thanks, Brad, and good morning, everyone.

Before we begin, I'd like to mention we will be discussing future estimates and expectations during our call today. These forward-looking statements are subject to various risk factors which are detailed in our SEC filings and also in today's press release.

On the call today, we have Scott Donnelly, Textron's Chairman and CEO, and Frank Connor, our Chief Financial Officer. Our earnings call presentation can be found in the Investor Relations section of our website.

Textron's revenues in the quarter were $3.2 billion, down $284 million from last year's third quarter. During this year's third quarter, we recorded an after-tax gain of $410 million related to the sale of the Tools & Test product line or $1.65 per share. Excluding this item, adjusted income from continuing operations was $0.61 per share, down $0.04 from last year's third quarter. Manufacturing cash flow before pension contributions totaled $259 million compared to $281 million in last year's third quarter.

With that, I'll turn the call over to Scott.

---

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

Thanks, Eric, and good morning, everybody. Revenue was down in the quarter primarily driven by the Tools & Test disposition within Industrial and lower TAPV volumes at Systems as that program continues to run off.

Segment profit was down in the quarter largely due to lower profit in Industrial which more than offset higher profit at Bell and Aviation. At Industrial, segment profit was breakeven primarily due to unfavorable operating performance in Specialized Vehicles. Specialized Vehicles has undergone significant change over the past two years as we've expanded the product portfolio. While we've seen increasing revenue in the segment, we haven't seen the planned level of growth or deliver the operating leverage necessary to support expected returns.

We've made progress on new product introductions and continue to be encouraged by the favorable trends in the powersports market, but we need to work on our go-to-market strategy and focus on cost performance. We're focused on driving improvements in this business and believe that we have a valuable part of our portfolio moving forward.

---

# Textron, Inc. *(TXT)*
## Q3 2018 Earnings Call

 Corrected Transcript
18-Oct-2018

Moving to Bell, profits were up in the quarter and operating margin expanded on slightly lower revenues. On a commercial side, we delivered 43 helicopters, up from 39 in last year's third quarter. In the quarter, we further expanded the global operating footprint of the 505 Jet Ranger X, with the delivering to Kenya marketing the first 505 in Africa. Also in the quarter, the 525 program completed hot weather and high-altitude testing in Yuma, Arizona as the aircraft continues to meet or exceed all design specifications as it progresses towards plan certification in 2019.

On the military side, Bell was awarded a $510 million contract for 29 AH-1 helicopters in support the Marine Corps H-1 upgrade program. We also featured the UH-1 at NATO Days in Ostrava & Czech Air Force Days, billed as the largest security show in Europe, as we continue to market this multi-role aircraft for our international military customers.

Moving to new military products, the V-280 recently exceeded 250 knots. The team continues to successfully expand the aircraft's flight envelope and validate to keep performance parameters.

Also during the quarter, Bell unveiled a full-scale mockup of the V-247 Unmanned Aerial System at Fort Myer in Arlington Virginia for review by DoD leadership as well as representatives from the Marine Corps, Navy and Army to give them a better understanding of the proposed capabilities of this group 5 UAS.

At Systems, revenues were down on lower TAPV deliveries at Textron Marine & Land Systems as we near the end of that program. At Marine & Land Systems, we were awarded $100 million contract for procurement of long lead material to support the U.S. Navy Ship-to-Shore Connector Program. Marine & Land Systems also completed pre-delivery inspection and trials of its common Unmanned Surface Vehicle and is now in the development testing phase.

Earlier this week, we also announced our intent to form a joint venture between Textron and FlightSafety International to serve our Textron Aviation customers. This combination of capabilities will enable us to provide best-in-class pilot and maintenance training programs to our customers around the world through a more extensive network of training centers.

Moving to Textron Aviation. I'd like to address the change in leadership that I announced last Friday with the appointment of Ron Draper as CEO of the Aviation segment, succeeding Scott Ernest who has moved to Textron Specialized Vehicles as their new CEO. This move is consistent with our strategy of developing leaders within our businesses. Ron was Textron Aviation's Senior Vice President of Integrated Supply Chain, and as such led all aspects of manufacturing operations for Textron Aviation since 2012.

Ron has a great depth of knowledge about the Aviation business and has led several of Textron Aviation's most impactful strategic initiatives to-date, including the successful integration of our Cessna and Beechcraft operations, expansion of our quality management systems and global sourcing strategies. I'm confident in his abilities to lead Textron Aviation through its next phases of product development and growth.

Now looking at the quarter, profits were up at Textron Aviation, and operating margin increased on slightly lower revenues. We delivered 41 jets, flat with last year and 43 commercial turboprops, down from 57 last year. In the quarter, we saw continued strength in order flow with the backlog finishing up over $200 million from the end of last quarter.

On the new product front, we've begun function and reliability testings on the Citation Longitude with the FAA, putting the aircraft on track for certification and first deliveries in the fourth quarter. We remain committed to

# Textron, Inc. *(TXT)*
Q3 2018 Earnings Call

 Corrected Transcript
18-Oct-2018

investing industry-leading aircraft across our product lines, and we're looking forward to building on the success of the Latitude with the Longitude's class-leading performance, operating efficiency and an outstanding quiet cabin.

At NBAA this week, we announced an expanded relationship between Textron Aviation and NetJets, reaching an agreement for an option to purchase up to 175 Longitudes with anticipated deliveries beginning in the second half of 2019.

In addition to the Longitude agreement, we also announced that we've reached an agreement with NetJets as the launch customer for the upcoming Cessna Citation Hemisphere with an option to purchase up to 150 aircraft. We are excited to partner with NetJets and design of this new aircraft. We believe the Hemisphere will be a truly revolutionary aircraft and represent the first new clean-sheet design in the $30 million to $40 million large-cabin jet segment in more than 20 years.

With that, I'll turn the call over to Frank.

## Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

Thank you, Scott, and good morning, everyone.

Segment profit in the quarter was $245 million, down $50 million from the third quarter of 2017, on a $284 million decrease in revenue. Let's review how each of the segments contributed, starting with Industrial.

Industrial revenues decreased $112 million largely related to the disposition of our Tools & Test product line. Segment profit was down $48 million from the third quarter of 2017 largely due to unfavorable price and performance and the impact from the Tools & Test disposition.

Moving to Bell, revenues were down $42 million primarily on commercial mix, partially offset by higher military revenues. Segment profit increased $7 million from the third quarter in 2017, largely the result of favorable performance on military programs partially offset by commercial mix. Backlog in the segment was $5.7 billion at the end of the quarter.

At Textron Systems, revenues were down $106 million on lower TAPV delivers at Textron Marine & Land Systems and lower volumes in the Simulation, Training & Other product line. Segment profit was down $11 million, primarily reflecting the lower net volume. Backlog in the segment was $1.1 billion.

At Textron Aviation, revenues were down $21 million from this period last year due to lower volume and mix, largely reflecting lower turboprop volume, partially offset by favorable pricing. Segment profit was $99 million, up $6 million from a year ago, due to favorable price and performance, partially offset by the impact of lower volume and mix. Backlog in this segment ended the quarter at $1.8 billion.

Finance segment revenues were down $3 million, and profit was down $4 million from last year's third quarter.

Moving below segment profit, corporate expenses were $29 million compared to $30 million last year. Interest expense was $32 million compared to $37 million a year ago. In the quarter, we booked an after-tax gain of $410 million related to the disposition of Tools & Test.



Copyright © 2001-2018 FactSet CallStreet, LLC

# Textron, Inc. *(TXT)*
Q3 2018 Earnings Call

 Corrected Transcript
18-Oct-2018

We also repurchased 7 million shares, returning $468 million in cash to shareholders in the quarter. Year-to-date, we've repurchased 21.6 million shares, returning $1.4 billion in cash to shareholders, about $800 million of which reflects the use of proceeds from the sales of Tools & Test. We now expect the full year tax rate to be 17%.

To wrap up with guidance, we're narrowing our expected full year adjusted earnings per share from continuing operations to a range of $3.20 to $3.30 per share as compared to our prior outlook of $3.15 to $3.35. We are also reaffirming expected cash flow from continuing operations of the manufacturing group before pension contributions to a range of $750 million to $850 million.

That concludes our repaired remarks, so Brad, we can open the line for questions.

# QUESTION AND ANSWER SECTION

**Operator**: [Operator Instructions] And our first question today comes from the line of George Shapiro with Shapiro Research. Please go ahead.

George D. Shapiro
*Analyst, Shapiro Research LLC*

Q

Yes. Good morning. Scott, in Aviation, the backlog increase, was that mainly Longitude or it was all across the board?

Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

It was across the board, George. I mean we've continued to see the strength we talked about last quarter. I'd say order activity in virtually every class of aircraft remains strong, and we feel pretty good about the diversity of that backlog.

George D. Shapiro
*Analyst, Shapiro Research LLC*

Q

And the weakness in the King Air shipments, is that something that's just a one-quarter phenomenon because you had been expecting up deliveries this year versus last year?

Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

We still expect that, George. I think all you're seeing in the third quarter here, frankly, still pretty strong deliveries on both King Air and Caravan. But as you recall, last year, Q1 and Q2 were very soft. And so when orders did come through and the market started to pick up in the third quarter, we had quite a few aircraft that were available based on the production rates. So there were basically aircraft available from Q1-Q2 production, so we could deliver a lot in the third quarter. This year obviously has been much more linear, reflecting a stronger market, and we're absolutely on track for the volumes that we expected for the full year on the turboprop market.

George D. Shapiro
*Analyst, Shapiro Research LLC*

Q

And what was the pricing benefit to Aviation in the quarter?

# Textron, Inc. *(TXT)*
Q3 2018 Earnings Call

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

I think the price numbers in the 10-Q will probably look like $9 million?

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

Sorry. Gross price was $25 million and net price was $14 million.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

$14 million.

### George D. Shapiro
*Analyst, Shapiro Research LLC*

Q

Okay, and then just one quick one. On Industrial, was there restructuring in that number, or what's the plan going forward? You didn't lower the guide that much for the year, so clearly the fourth quarter's got to look better.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

For sure. So look, George, I think what you're seeing in Industrial in the quarter is primarily, as we said, driven by the Specialized Vehicle business. And particularly, it's around some of the consumer markets, and it's a recognition that we still have more work to do in terms of strengthening that channel. And so we recognized a fair bit of that cost here in the quarter. Clearly, we expect that team to perform better in the fourth quarter, and I'm sure that they will. We also had just on the auto side, markets – third quarter is always the weakest of the year just because you have all the summer shutdowns, so clearly we expect that business also to perform stronger in the fourth quarter.

And with respect to overall guidance, George, I think what you're seeing is where we still feel and are very comfortable with the strength that we're seeing in the Aviation market. That's going to deliver above the original guide. I think the same is true at Bell in the commercial market, and the execution of that team continues to be very strong. And Systems, frankly, is I think going to deliver on a good year and exceed their guide. So the strength of those three segments will largely overcome the weakness that we saw this quarter on the Industrial side, which is why we're able to just narrow the guide.

### George D. Shapiro
*Analyst, Shapiro Research LLC*

Q

Okay, thanks. I'll let somebody else ask some questions.

**Operator**: And we do have a question from the line of Jon Raviv with Citi. Please go ahead.

### Jon Raviv
*Analyst, Citigroup Global Markets, Inc.*

Q

Hey, good morning. On Aviation, I just wanted to get a sense, Scott, of just what you're seeing in terms of that order trend and your confidence or visibility to potentially raising production rates at some point.

# Textron, Inc. *(TXT)*
Q3 2018 Earnings Call

And then related to that, as you raise production rates as you go through this process, what do you consider a normalized Aviation margin? It looked pretty good in the quarter despite the turbo being down year over year, which I know you could explain.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Jon, I think that we expect the trend on the margin to continue. Obviously, we're feeling very good about where we're positioned here in Q4 with strong order rates that have occurred through the course of the year. I think our teams -obviously we have NBAA going this week. I spent a fair bit of time with our sales teams. The level of activity continues to be robust. And as we usually do, we'll tweak production rates as we move through the course of the year. So certainly, our expectations, we're certainly not ready to guide for 2019 yet, but we will clearly expect to see volumes continue to increase, which means we'll tweak production up.

I think in particular, one of the announcements that we made at the show was the agreement around the Longitudes. Now that that announcement is out there, clearly the NetJets team is going to start ramping up with us working on the sales and marketing effort to the fractional community. And we expect that that team will deliver on Longitude much as we've seen it deliver on Latitude in terms of driving volume in the business. So for sure, our expectations on Longitude in terms of its production rate and volume is going to be increased as a result of that announcement.

---

### Jon Raviv
*Analyst, Citigroup Global Markets, Inc.*

Q

Should we be able to just watching out for, as was the case with Latitude, where because it's NetJets and because it's a competitive space, there just could be some incremental margin softness as that particular aircraft ramps up?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Jon, the deal that we've struck with NetJets is a fair deal for both sides. Obviously, NetJets understood that we couldn't do the kind of pricing that we did on the Latitude deal, but that was not something that worked for us. And I think we've ended in a place with a pricing agreement that's fair to both sides.

So I guess the short answer is clearly there was discounting to NetJets because they manage and have to handle all the go-to-market and the sales and operating the aircraft, but it's a much more balanced deal. And it's a deal that will be good for us as it's going to be good for them. So I wouldn't expect to see the sort of dilution that we saw in the Latitude side.

---

### Jon Raviv
*Analyst, Citigroup Global Markets, Inc.*

Q

Thank you very much, Scott.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

---

**Operator**: And we do have a question from the line of Seth Seifman with JPMorgan. Please go ahead.

---

# Textron, Inc. *(TXT)*
Q3 2018 Earnings Call

### Seth M. Seifman
*Analyst, JPMorgan Securities LLC*

Q

Thanks very much and good morning. Scott, I wondered if you could talk about the news we've seen recently about future vertical lift and the Army approach to that and the desire to move money from legacy programs toward new programs, and how your thinking has evolved around what opportunities might be there for Textron and for Bell in the 2020 budget.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

It's a good question, Seth. Obviously the Army and what they've been saying publicly, we're very encouraged. I mean, clearly we're the guys that have been making pretty significant investments in what we would like to think will be the next generation of aviation for the Army. So the fact that they're – look they're not being Pollyanna-ish about stuff, right, they're saying, look, we're not expecting some huge increases in budget and we recognize that we need to move money from just continuing to do what we've always done and move it into the modernization programs – obviously, we're very encouraged by that.

We think the V-280 is in a great place with respect to the Cap Set 3 program, and look. That's a program we've been working with the Army for years to develop the prototype aircraft, and it's doing fabulously in terms of a flight test program. There's also discussion around the Cap Set 1. Obviously, we will complete on that program as well. I think we have some very good ideas that can meet that requirement.

And of course, beyond those really big programs, there's a number of other things that we're engaged in working with the Army, whether it's next-generation weapons, armored vehicles. I mean there's a lot of opportunity as the Army kind of makes this shift into the modernization programs that I think will be beneficial to us over the years.

Would I quote an exact number of what we expect to see in 2020's budget or how they're going to move that money? I mean I think that's all still to be determined, but it certainly seems like a very appropriate way to try to fund their modernization programs. And we're excited about the opportunities that could create.

### Seth M. Seifman
*Analyst, JPMorgan Securities LLC*

Q

Okay. And then maybe as a follow-up just in the Vehicle business, if you could talk a little bit more about what came sort of off the route this year relative to initial expectations? I guess it seems like pricing is very tough. Why is pricing so tough? Do you still expect that business to do, I was thinking, maybe $1.75 billion of sales or so this year? And how long do you think it will take to get back to or to get toward maybe a high-single digit level of profitability there?

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, look. I think that – I don't think this is a problem if overall pricing in the market so much as our team has been going through sort of a painful learning experience about how that channel is managed and how discounting is handled and how that plays out through the course of the year. So it for sure has manifested itself in more discounting than we would like to continue to work that channel. I think the team will get better at that and it's things we're learning. And I think the team is going to make progress on it.

# Textron, Inc. *(TXT)*
Q3 2018 Earnings Call

As we've talked about before, I think we were – on the snow side, I'm a lot more bullish. I think we've had some great product introductions last year that got the channel pretty excited. We have a ton of new stuff going in this year. So again, when you look at preseason sales activity and order activity, it's up. Recognize that.

On the dirt side, we missed a better part of last year because some of the product that was sort of in the pipeline wasn't really ready to go, and we didn't want to release it until it was ready. So we're kind of maybe a year behind in terms of the new product feeding into that channel, but those things are introducing now. So I think we'll start to see some momentum and a little more excitement in channel as we go forward. But look, the bottom line answer is I think that the revenue number you're talking about is probably consistent with where we'll end up this year, but we need to see more growth particularly through that channel.

---

### Seth M. Seifman
*Analyst, JPMorgan Securities LLC*

Q

Great, thanks very much.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

---

**Operator**: And we do have a question from the line of Rajeev Lalwani with Morgan Stanley. Please go ahead.

---

### Rajeev Lalwani
*Analyst, Morgan Stanley & Co. LLC*

Q

Good morning, gentlemen.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Good morning.

---

### Rajeev Lalwani
*Analyst, Morgan Stanley & Co. LLC*

Q

Scott, on the Systems side, can you just talk a little bit about the growth that you saw there? Obviously, TAPV weighed on you this quarter, but I'd like to just get a good sense of what the underlying revenues are looking like and maybe some growth going forward.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

From a revenue standpoint, Rajeev, I mean think we're more or less where we expected to be. I mean we're seeing the ramp down on the TAPV program, which we fully expected. I would say we would – have expected to see a little more coming through on the Ship-to-Shore Connector Program. I think that's just a timing issue, as we've looked at the appropriations bills, I mean the funding for the volume of Ship-to-Shore Connector as we expected is happening. We just have not reached the definitized contract at this point. As I said in the prepared remarks and I think was out in the press is the Navy continues and gave us another $100 million towards the long lead material to keep that program going at the rate that we expect it to be, but it's been coming a little bit later in the year than we originally laid into our plans. But as we look through the balance of this year and certainly as we

---

## Textron, Inc. *(TXT)*
Q3 2018 Earnings Call

start thinking about 2019, we expect to see that program ramping, and that should be – contrary to the development side of the program, it should be a normal margin business.

---

### Rajeev Lalwani
*Analyst, Morgan Stanley & Co. LLC*

And just switching gears a little bit on the commercial side at Bell, can you just talk about how deliveries were looking overall, maybe putting aside the 505 and just whether or not you're seeing the strength that you've been alluding to previously?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

Yeah, absolutely, Rajeev. And we feel very good about the order activity at Bell. Obviously, the 505 dominates the numbers of unit deliveries and that continues to be a very, very successful program for us. We were – I mean we always have a mix from quarter-to-quarter, obviously on the type of air vehicles in terms of the mix of 412s, 429s, 407, 505 if you will. We certainly expect Q4 to be stronger on both the 412s and the 429 side. Those were both relatively light in the quarter, but that's just timing of deliveries and customer need dates. So I think from our perspective, the commercial market continues to be strong, order activity is good and we're actually in a position where we're – we'll be tweaking up the production rates on a number of those models to meet the demand we see going forward.

---

### Rajeev Lalwani
*Analyst, Morgan Stanley & Co. LLC*

Thank you.

---

**Operator**: And we do have a question from the line of Carter Copeland with Melius Research. Please go ahead.

---

### Carter Copeland
*Analyst, Melius Research LLC*

Hey. Good morning, guys.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

Good morning.

---

### Carter Copeland
*Analyst, Melius Research LLC*

Just a couple of quick clarifications. So I'm just piecing this together, Scott, from your comments. It sounds like the Specialized Vehicle weakness was isolated to Arctic Cat, and I'm just wondering, the management change is all related to that as well, I would assume. So if you could just clarify that that would be gate. And then secondly, Frank, just wondered if you could give us some color on the favorable versus unfavorable adjustments at Bell since that seemed to be a benefit in the quarter.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

So, Carter, I would say on TSV, the most fundamental challenge in the business is around particularly the dirt side of the – the consumer side of that business and that's the area that where we need the most work. But when you

---

# Textron, Inc. *(TXT)*
Q3 2018 Earnings Call

 Corrected Transcript
18-Oct-2018

have something like that going on in a business, it creates enough chaos that it dragged down the operating performance in total. Most of that, I think we have a very good team in place, they've done a great job in the past and I think they'll recover and the performance and profitability of most of those sort of sub-segments if you will, will do just fine. The area that is going to require the most work and most focus here going forward is around the – sort of that acquired piece of the business.

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

So in terms of performance, Carter, Bell continued to perform well as they have in other quarters. We saw continuing improvement in our cost position. We saw kind of risk retirement in the military programs. Frankly, we saw the same thing at Systems and in our defense business at Aviation. So overall kind of program net adjustments were $63 million in the quarter, but that was kind of spread – larger part of that was at Bell, but it was spread across our other businesses as well.

### Carter Copeland
*Analyst, Melius Research LLC*

Q

Okay. Great. Thanks and one last one. Scott, the pricing benefit you mentioned and quantified in Aviation, was that across the board or isolated, any additional color you can give us there?

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Across the board, we've been trying to press price in every one of the models and we continue to realize it.

### Carter Copeland
*Analyst, Melius Research LLC*

Q

Okay. Great. Thanks, guys.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Yep.

**Operator**: And we do have a question from the line of Robert Stallard with Vertical Research. Please go ahead.

### Robert Stallard
*Analyst, Vertical Research Partners LLC*

Q

Thanks so much. Good morning.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Morning.

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

Morning.

Copyright © 2001-2018 FactSet CallStreet, LLC

## Textron, Inc. *(TXT)*
Q3 2018 Earnings Call

### Robert Stallard
*Analyst, Vertical Research Partners LLC*

Q

Scott, on the vehicle issues here, how long do you think it's going to take to sort this out? And do you think there's going to be additional restructuring charges required?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, Robert, I think that we're probably a year behind the schedule that we would like to have had, right. I mean, obviously, we went into this expecting to be able to generate accretion in year one. Obviously, that's not going to happen as we've kind of realized these costs in the quarter. But we still feel with the products coming out, the strength, and again we're kind of seeing this as momentum builds on the snow side, where your kind of two launches into that second season. We lost of years and on the dirt side, I think we're going to see that. So it's probably a one year delay again.

---

### Robert Stallard
*Analyst, Vertical Research Partners LLC*

Q

Okay. And then secondly on the aerospace side on both Bell and business jets, I was wondering if you could comment how the aftermarket did in the quarter and what's the growth rate you achieved?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Well, the aftermarket I think when you see the numbers, Cessna was or Aviation rather was kind of flattish. It was up a little bit on a year-over-year basis. I think part of that is we've been looking a lot at the data, the average daily utilization, the flying rates are all continuing to grow modestly, but I mean they are improving. So frankly, we would have expected to see a little more growth in that side. On the other hand, as we look back at Q3 last year, it was particularly strong. So I think a little bit of just comp on year-to-year. But anyway, look, we didn't – it was modest, very little growth, but again, still very healthy franchise and a great part of the business. I would expect we'll get back to seeing growth going forward.

---

### Robert Stallard
*Analyst, Vertical Research Partners LLC*

Q

And on the helicopters?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Helicopters was the same. It was up modestly.

---

### Robert Stallard
*Analyst, Vertical Research Partners LLC*

Q

Right. Okay. That's great. Thank you very much.

---

**Operator:** And we do have a question from the line of Cai von Rumohr with Cowen & Company. Please go ahead.

---

## Textron, Inc. *(TXT)*
Q3 2018 Earnings Call

Corrected Transcript
18-Oct-2018

**Cai von Rumohr**                                                                                    Q
*Analyst, Cowen & Co. LLC*

Yes, thanks so much. So, Scott, the Longitude with the NetJets order, given you're saying that they're going to start delivering in the second half of next year, I assume you have a firm order. Is that true? And if so, did it come in the third quarter or the fourth?

**Scott C. Donnelly**                                                                                A
*Chairman, President & Chief Executive Officer, Textron, Inc.*

So we do not, Cai. So there's nothing in the backlog associated with the NetJets launch to deal. We didn't sign an agreement really until the fourth quarter. And as you know, the way we manage these programs is the same as we have been doing with Latitude. As NetJets puts a firm order, we have a specific tail and deposit, that's when we move that into backlog. That usually is within that one year time window. We didn't do it because we, again, didn't sign the agreement until into the fourth quarter. The NetJets guys are very excited about this thing and they are about to unleash their very capable sales team to go start driving sales Longitude into the fractional market. And as soon as they start to see that, clearly we'll be firming up order share I would expect in the fourth quarter, but nothing in the backlog at this time.

**Cai von Rumohr**                                                                                    Q
*Analyst, Cowen & Co. LLC*

Okay. And you've been on again, off again on the Hemisphere given the Silvercrest issue. At what point, will you feel comfortable enough with the Silvercrest, to say we're definitely going ahead or we're still unsure?

**Scott C. Donnelly**                                                                                A
*Chairman, President & Chief Executive Officer, Textron, Inc.*

I think that what's going to happen, Cai, is by midyear next year, we should see an engine on a test stand. We'll validate where they are. Our guys have been working very closely with them. We had a team over with the Safran guys just a couple weeks ago. I think that they've been very open, they've been working very closely explaining where it was, why was the issue that occurred on the compressor, how did that get through all the analytical models? We understand that very well. They understand that very well. I think that the issue is very, very well understood. They believe the design solution and the model that they've come up with addresses that which is terrific.

We feel confident that there's a good understanding of the root cause. And so I would say we're very bullish. I think we're very confident in their solution. That being said, we do want to see it on the test stand. So I think you're looking at a midyear next year when we would say okay, this is a firm go or not. Obviously, we will continue to invest at some level here between here and there, as will the NetJets folks. One of the benefits of them being a launch customer is that they are making pilots and crew and maintenance folks available as we finalize the detailed specifications of the aircraft to make sure, it's something that's going to be a home run in that space. So we'll both be working between now and then to be ready to pull the trigger.

**Cai von Rumohr**                                                                                    Q
*Analyst, Cowen & Co. LLC*

Terrific. Last one, the V-280, when do you expect to get to the point where the Army will start to fund some of your development?

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

I'm ready tomorrow.

---

**Cai von Rumohr**
*Analyst, Cowen & Co. LLC*

Q

I know you're ready, but when are they going to be ready?

---

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Look, Cai, as we talked about earlier, I think the Army coming out of AUSA and all of their talk about a shift from current programs to modernization is very encouraging. I would hope that there will be some level of activity that will start next year, but I don't want to prognosticate on this thing. But clearly what the Army is saying is very encouraging. We continue to work with them obviously on a regular basis, and I'm hopeful that we'll start to see some level of activity towards that next year.

---

**Cai von Rumohr**
*Analyst, Cowen & Co. LLC*

Q

Thank you.

---

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

---

**Operator**: And we do have a question from the line of Pete Skibitski with Alembic Global. Please go ahead.

---

**Peter John Skibitski**
*Analyst, Alembic Global Advisors*

Q

Good morning, guys. I guess one more on Textron Aviation. Scott, I was wondering if you could talk about kind of your perception of the health of the Textron Aviation customer. We've seen a lot of good indicators out there, and I'm wondering if it really still feels like you're in an up cycle, or is there still a lot of caution in the marketplace? Because you look at some of the second-hand numbers, and it seems like things are drying up there in that market. So it would seem to indicate the cycle is really strong, but the numbers obviously aren't coming through delivery-wise quite yet. So I just wanted you to characterize it maybe a bit more.

---

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

I would say, Pete, first of all, statistically or factually you're right. The secondary market for anything that's under 10 years old is pretty thin. When people do list an aircraft, it moves quite quickly, and I've just seen in some of the surveys that pricing is healthier. And so I think the secondary market is certainly a help. There's very little out there that would even compete with somebody thinking about a new aircraft. More importantly, for someone who wants to trade in their aircraft, they have an easy source of liquidity to sell their old aircraft to be able to put that towards a new aircraft.

# Textron, Inc. *(TXT)*
Q3 2018 Earnings Call

 Corrected Transcript
18-Oct-2018

In terms of the health of our customers, we've had an opportunity obviously here recently to spend a lot of time with a lot of these folks, and I think that the dialogue from them is reflective of what you see in a lot of survey information. These are people that feel good about their businesses right now. They've been hiring people. They're much more comfortable with making CapEx decisions, be it for building a new plant, expanding capacity, or buying a jet. So clearly the tax cuts and some of the reform, regulatory pullback, has made – the business community in the U.S. is feeling better than they've felt in a long time, and that confidence gives confidence to hire people and to spend CapEx.

Peter John Skibitski
*Analyst, Alembic Global Advisors*

Q

Okay, I appreciate the color, and maybe just one quick follow-on on Industrial. There's a lot of talk about global automotive these days, and I'm just wondering how the Kautex guys are seeing the cycle right now and if they're feeling any impact from tariff related issues globally.

Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

We don't see a lot of tariff related. There is some pressure obviously on raw material pricing, where largely we have contracts across the company mitigating most of that. Remember, we do most of our production in countries for those plants because you have to be close by anyway.

On the other hand, look. There's a great deal of uncertainty around the tariffs and around the Brexits of the world, which we are seeing some impacts of that. There's just caution right now in the global auto OEMs, and that's coupled with I think just an overall softening a bit of the global auto OEM manufacturing.

And I say Q3 is always the most susceptible because most of these guys do shutdowns during the summer months anyway. And so one of the ways it's easy for them to regulate output is to extend some of these shutdowns. And again, that's something that generally manifests itself in Q3, and we certainly saw that at Kautex. So it's not a huge reduction in volume, but there have been some modest declines.

Peter John Skibitski
*Analyst, Alembic Global Advisors*

Q

Okay. So your expectations are basically nothing heroic out of Kautex, but nothing terrible either.

Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

No. I think again, Q3 is always the most difficult. I think we'll certainly see a better Q4, which is cyclically normal in that business. But I do think – and that is still in the context that global auto OEM volume is going to be down somewhat.

Peter John Skibitski
*Analyst, Alembic Global Advisors*

Q

Okay, thanks so much.

Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

Copyright © 2001-2018 FactSet CallStreet, LLC

# Textron, Inc. *(TXT)*
Q3 2018 Earnings Call

Corrected Transcript
18-Oct-2018

---

**Operator**: And we do have a question from the line of Sheila Kahyaoglu with Jefferies. Please go ahead.

---

### Sheila Kahyaoglu
*Analyst, Jefferies LLC*

Q

Hey, good morning.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Good morning.

---

### Sheila Kahyaoglu
*Analyst, Jefferies LLC*

Q

It's good Industrial is finally getting some airtime, but not for good stuff, unfortunately, just last one on it. How do we think about Specialized Vehicles recovery? I think you mentioned to Rob's question, it was a dirt product introduction that seemed to be the issue. And how long will the product introduction take and how we think about that profitability recovery? Is it a year's time? Is it a few quarters?

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sheila, I think it's probably a year's time. We do have some good things coming out here in the model year 2019s, which are heading to dealers now. I think in general how we manage that channel is something that frankly we just haven't done as well as we should have. And our sales tools and how easy we make it for prospective customers to configure our product, have access to the dealers, have a natural way to help customers move to our product is just something we didn't do well. So some of that is – there are some things that were problematic that I think can be fixed very quickly, but I think this is a year process to get this thing to where we want it.

Now, certainly we don't expect to see another quarter like we just saw. Most of the rest of this business is definitely performing better. And look, it's disappointing obviously. Industrial has been quietly growing and generating good margins for us for some time. People don't talk about it a lot, but it's been a good segment. It's unfortunate that we've gone through this issue and obviously, I think we have the team behind it to go get it on a better path.

---

### Sheila Kahyaoglu
*Analyst, Jefferies LLC*

Q

Thank you, and then just one more as it regards to Systems. How do we think about the profitability profile of the business? Is it around 8%? And then you announced the joint venture with FlightSafety, maybe how it came about and how it expands your capability for TRU.

---

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

So the margin rates, as we've talked about, we knew it would be stronger in the front half of the year than the back half, but overall, clearly we expect to beat the full year guidance that we provided for Systems. I think the execution on the programs has been very good and obviously, there's a lot of opportunity out there the guys are chasing but performance in 2018 has been net very strong and we feel good about that.

---

# Textron, Inc. *(TXT)*
Q3 2018 Earnings Call

 Corrected Transcript

18-Oct-2018

In terms of the FlightSafety deal, look I think FlightSafety has been a large training provider for our Textron Aviation products for a long time. We decided we wanted to get into that market because we saw it was a very attractive area and one which was good for us to maintain relations with our customers and to the aftermarket. That's been going well, particularly our Tampa facility has grown dramatically. We've been doing all the training on the new types of aircraft, so we're quite happy with the business. It's been growing, it's kind of what we expected to be, but it does take a fair bit of time as you look at how many training centers do you have to have in order to continue to grow that business.

FlightSafety approached us, said look, guys, you're – we know you're getting into this business. Wouldn't it be better if we were together in this thing and we could instantly – I mean they've been hearing, getting a lot of good feedback on what we've been doing with customers and how we run our training programs. They obviously have a much, much larger footprint to provide that training and so I think the combination of the two makes a lot of sense for our customers.

And so it's a good deal for us; it's a good deal for them and I think this will rapidly accelerate our participation in that market. So it's a deal that we sort of explored the concept and came up with a place where both companies feel like it's a win and I think it will be very good for our business.

## Sheila Kahyaoglu
*Analyst, Jefferies LLC*

Q

Thank you.

**Operator**: And we do have a question from the line of Peter Arment with Baird. Please go ahead.

## Peter J. Arment
*Analyst, Robert W. Baird & Co., Inc.*

Q

Yes. Good morning, Scott, Frank.

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Hi.

## Peter J. Arment
*Analyst, Robert W. Baird & Co., Inc.*

Q

Scott, just focusing on just Systems, the top-line, this is the lowest quarter from a revenue standpoint in I guess in 10 quarters or so and I guess it was expected with the run-off of TAPV. Is this a good level I mean going forward? I mean just trying to understand from a modeling perspective. I know Ship-to-Shore was a timing issue, but maybe a little help there. And then also just as unrelated, if you could just talk about how you still see the competitive landscape for Longitude, great news at NBAA, but you also heard some announcements from some competitors. Thanks.

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure. So I think on Systems, it was an unusually low quarter and again I think the run-off of TAPV which we fully expected, we did expect we would see a little more ramp-up on the Ship-to-Shore side. We'll start to see that as we get into Q4. So certainly our expectations we'll see a little stronger revenue in Q4 than we did in Q3. With

# Textron, Inc. *(TXT)*
Q3 2018 Earnings Call

 Corrected Transcript
18-Oct-2018

respect to the competitive dynamic, look, we've been competing with the 450 and the 500. We'll continue to compete with the 450 and the 500 even if they call them the 500 and the 600. They're largely the same aircraft.

It's been some clever marketing, right. The engine guys celebrating being selected and the avionics guys celebrating being selected. They're all the same guys. I mean it's – I think what they've done is they've extended the wing a little bit with a bigger winglet and they've put more gas in it. But our guys feel very comfortable. We've been winning head-to-head in that market against those products. Obviously, with Longitude now coming to certification, I think we feel very good about where we are with respect to those products. And obviously having been selected by NetJets now to be their super-mid product that they're marketing in the fractional side, I would expect we'll see very much the same phenomenon we saw in Latitude. It helps to validate the aircraft and get good volume driven in the market, which obviously is a huge benefit to us on the fractional market, but also has a knock on benefit I think on the retail side.

So we've always had competitors. I'm sure we'll always have competitors, but I think we feel very well about where those two products are positioned.

### Peter J. Arment
*Analyst, Robert W. Baird & Co., Inc.*

**Q**

I appreciate the color. Thanks.

**Operator**: And we do have a question from the line of David Strauss with Barclays. Please go ahead.

### David Strauss
*Analyst, Barclays Capital, Inc.*

**Q**

Thanks, good morning. I just want to ask about so going back to Industrial again, how surprised were you by the result relative to whatever your internal expectations were for the quarter? I'm speaking specifically to the $1 million in EBIT. When did you find out the fact pattern would seem to point to that given the management changing, you kind of found out late in the game. Just want to get some sense of how much of a surprise this was to you guys at corporate?

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

**A**

Look, I think it was a – clearly, it was a surprise, all right. I mean, as we looked at the load in of product which was really starting to ramp right at the end of Q2 into the beginning of Q3, there was clearly an expectation that as that product rolled out there, that we would start to see stronger retail sell-through, and we didn't. And so as we kind of worked our way to the end of the quarter, say, guys we're not seeing the level of retail sell-through that we expected to see. That's when we had to take the actions that we took around recognizing it's going to be something we got to continue to work on this channel. But we've had some dealers that have been fabulous that are selling through a lot of retail. They're doing a great job. The product that gets into the field has been spectacular.

We've had great feedback from customers, the performance. We don't have a product problem. I mean we have still gaps which, again, as I said we're working on as we go forward. But I think the progress on what the product is and how the product is performing, we're very pleased with. But we're still not seeing as much retail as we would like to see. And again, we're having to make adjustments in the channel and how we manage the channel and that's the recognition of some of those costs that we're going to bear to work through that. So it really is

# Textron, Inc. *(TXT)*
Q3 2018 Earnings Call

Corrected Transcript
18-Oct-2018

something where we expected to see a much stronger Q3. And as we got towards the end of the quarter and weren't seeing that, that's when we decided we needed to act accordingly.

## David Strauss
*Analyst, Barclays Capital, Inc.*

Q

Okay. And then just trying to help us frame in terms of how we should model Industrial going forward given this result in Q3, so how I'm thinking about it is Kautex is within the number that we're seeing, Kautex is still a high single-digit margin business which implies the vehicle size significant lossmaking business. Is it right to think about that Kautex kind of holds that level of profitability going forward? And the vehicle business gets to breakeven in the fourth quarter and then profitable next year? Or is it breakeven next year? Just to try and help us model the business given the volatility.

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Look, I don't know how much modeling I want to do. But certainly your characterization of Kautex as a high single-digit margin business is what we typically see and certainly what we expect.

For the balance of the year, I clearly expect the Vehicle business to be better than breakeven. A lot of these costs that we are managing in terms of the channel are things that we're accounting for as we go into the quarter. So I think we will certainly see a healthier Q4. We'll see a stronger performance on Kautex, which is its normal cyclical basis, and we will see improvements as a result of some of the actions that we're taking at TSV.

## David Strauss
*Analyst, Barclays Capital, Inc.*

Q

Okay. And then last one for me. On the tax rate, Frank, I think you said 17%, that's adjusted, I assume? And is that a fourth quarter tax rate, or a full year tax rate? And if it's full year, can you just tell us what you expect for the fourth quarter?

## Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

I think you could derive the fourth quarter. So it's 17% for the full year, and that's the as adjusted – kind of that's on an as adjusted basis. So kind of just the math of that would suggest around a 22% rate for the fourth quarter.

## David Strauss
*Analyst, Barclays Capital, Inc.*

Q

All right. I appreciate the clarification. Thanks.

**Operator**: And we do have a question from the line of Sam Pearlstein with Wells Fargo. Please go ahead.

## Samuel J. Pearlstein
*Analyst, Wells Fargo Securities LLC*

Q

Good morning.

## Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Good morning, Sam.

**Textron, Inc.** *(TXT)*
Q3 2018 Earnings Call

Corrected Transcript
18-Oct-2018

---

**Frank T. Connor**
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A

Good morning.

---

**Samuel J. Pearlstein**
*Analyst, Wells Fargo Securities LLC*

Q

Scott or Frank, is there any way to just look at the Industrial this segment and tell us is there any sort of quantification of one-time costs, was there an impairment or when you do the next impairment test? Just trying to think about what's one-time to this quarter that's not part of ongoing.

---

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sam, I wouldn't characterize it as one-time, right? This is not some special charge, but when we look at what we reserve and accrue around anticipated discounting programs and things like that, I mean we had to make adjustments to that given the nature of where we are and where the inventory is. So there's some probably it's more in the quarter than we would expect, but it's not something like an impairment of goodwill or intangible or something of that nature.

---

**Samuel J. Pearlstein**
*Analyst, Wells Fargo Securities LLC*

Q

Okay. And then the CapEx looks like it was reduced about $50 million. Is that all the divestiture? Or have you done anything else in terms of CapEx?

---

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

It's about half and half, Sam. So about half of that was associated with not having the second half Tools & Test, but about another half of that is just CapEx that is tooling and things that we are able to – we just don't need to do this year. So it's a split.

---

**Samuel J. Pearlstein**
*Analyst, Wells Fargo Securities LLC*

Q

Okay. Thank you.

---

**Operator**: And we do have a question from the line of Ron Epstein with Bank of America. Please go ahead.

---

**Kristine Tan Liwag**
*Analyst, Bank of America Merrill Lynch*

Q

Hi, good morning, guys. This is Kristine Liwag calling in for Ron. Scott, you mentioned how you wouldn't expect a firm that just ordered for the Longitude to be as dilutive as a Latitude order. And after visiting Wichita a few weeks ago, it's clear that you've invested a lot in automation for the Latitude line, and there's even more automation on the Longitude line. So how much of this better Longitude margin expectation is from better expected operational efficiency versus actual better pricing terms? And essentially, how much of this production efficiency for the Longitude could flow to your bottom line?

---

Copyright © 2001-2018 FactSet CallStreet, LLC

## Textron, Inc. *(TXT)*
Q3 2018 Earnings Call

Corrected Transcript
18-Oct-2018

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

So I guess I would – when we talk about the operations side, I think that on both Latitude and clearly what we're seeing so far on Longitude, we feel very good about our cost position. I think the investments the guys have made around automation, around tooling, and making sure that we are able to be very productive and cost-effective at the production of both the Latitude and the Longitude are on track.

We've always felt good about where those are from a production cost standpoint. And Longitude obviously is in its early days, but the fixturing and a lot of the things that you saw when you were in Wichita are playing out as we expected. So I think we'll be on our cost targets in terms of what we set for the business.

The biggest difference on this issue of the dilution around the Latitude deal versus our expectations on the Longitude deal is largely around the fact that we locked in on a Latitude price that was just too low. I don't know how else to say it. We should never have gone that low on it. Look, the NetJets guys understand that. When we sat down and went through the negotiation process around Longitude, as I said, it's a fair deal. It's a deal that will be a good margin deal for us, and it's a deal that they'll be able to do quite well as well. So it was definitely a fair agreement.

### Kristine Tan Liwag
*Analyst, Bank of America Merrill Lynch*

Q

Great. And following up on the Longitude, as you go down the learning curve on the program and you get more orders from non-NetJets customers at presumably better pricing, how should we think about incremental operating margins for the program going forward?

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

We clearly expect that the Longitude is going to have 20-plus percent leverage as it comes into production and starts to sell. So I think we expect it to be typical, let's say, as the rest of our jet programs.

### Kristine Tan Liwag
*Analyst, Bank of America Merrill Lynch*

Q

Thank you.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

**Operator**: And we do have a question from the line of Noah Poponak with Goldman Sachs. Please go ahead.

### Noah Poponak
*Analyst, Goldman Sachs & Co. LLC*

Q

Hey. Good morning, everyone.

### Frank T. Connor
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

A



**Textron, Inc.** *(TXT)*
Q3 2018 Earnings Call

Corrected Transcript
18-Oct-2018

Hey, Noah.

---

**Scott C. Donnelly**                                                               A
*Chairman, President & Chief Executive Officer, Textron, Inc.*

Good morning, Noah.

---

**Noah Poponak**                                                                    Q
*Analyst, Goldman Sachs & Co. LLC*

Frank, sorry to ask another tax rate question, but just since it's moved around a lot and people have had different versions of digesting the bill, what's your latest thinking on the medium-term sustainable beyond 2018 rate?

---

**Frank T. Connor**                                                                 A
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

It's kind of low-20% area...

---

**Noah Poponak**                                                                    Q
*Analyst, Goldman Sachs & Co. LLC*

Okay.

---

**Frank T. Connor**                                                                 A
*Chief Financial Officer & Executive Vice President, Textron, Inc.*

24%-ish type number.

---

**Noah Poponak**                                                                    Q
*Analyst, Goldman Sachs & Co. LLC*

Got it. Scott, just going back to the overall health of the business jet market and used versus new, I just spent two days at NBAA. Everyone was some version of incrementally positive, but those we spoke to at your business or other new jet manufacturers were much more in the slightly more positive camp versus – when you talk to the brokerage community or those in the secondary market, it was particularly bullish.

I know you've already been asked this already, but I'm wondering where the tipping point is in the translation of used to new. And is there something that's made the used market more attractive than it used to be? A lot of the brokers are talking about the full depreciation in year one now being applicable to used, making it more attractive, and that the OEMs didn't like it. I don't know if that's true or not. On the other hand, if you're washing out all that inventory, eventually you're just going to run out of things to buy in the used market and it would help new. So I'm just wondering if you could maybe put a little more color around that item specifically and just what's the tipping point when it tips over into your business.

---

**Scott C. Donnelly**                                                               A
*Chairman, President & Chief Executive Officer, Textron, Inc.*

I think our guys are pretty bullish about where we are. I don't know that I would – there's no reason for there to be a line of demarcation about the second-hand market is good, but that's not good for OEMs. The better the second-hand market is, the better it is for the OEMs. It provides a source of liquidity.

I think the brokers are – look, they're very bullish right now because there's just so little out there that the time from the time somebody says hey, I'm going to sell my order jet so I can buy a new jet, the time on market for that

---

transaction to happen is so short. If you're a broker, you love that, how much time you're having to invest in that asset before you sell it and get your commission is – they have every reason in the world to be bullish. But that bullishness is not a negative for us by any stretch of the imagination. It's providing liquidity for that guy who's going to buy the new jet, that's going to upgrade to a new jet.

---

**Noah Poponak**
*Analyst, Goldman Sachs & Co. LLC*                                                                                  Q

Yeah.

---

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*                                                      A

So I think that's – look. There was a period for sure, Noah, if you went back after 2009, 2010, 2011, where you had so many virtually new airplanes out there that, yeah, that was a problem for OEMs obviously because you could buy new airplanes in the used market versus a new airplane in the new market. I think those days are way behind us. There's just not new stuff out there, so there's not a situation here where we're competing. Quite to the contrary, this is very healthy for us to have that level of activity and such low inventory and quick turns on sales in the second-hand market. It's absolutely good for us.

---

**Noah Poponak**
*Analyst, Goldman Sachs & Co. LLC*                                                                                  Q

You guys had cited in the past that the excess used inventory and the pressure that – less from a volume perspective but more from a value perspective, the pressure that had on residual values created a trade-in issue for someone who wanted to buy new, who had a plane. Is it a matter of if you get a few more quarters of bigger positive residual value improvements or price increases in the secondary market that then that could more strongly move into your market because now the trade-in value is back? Is that something you're watching out for?

---

**Scott C. Donnelly**
*Chairman, President & Chief Executive Officer, Textron, Inc.*                                                      A

Look, obviously any improvements in the residual value of the aircraft is beneficial to us, right, because that means that's a better value for that customer.

But I think a lot of this because we went through such a long down cycle, these residual values drop but then they've largely flattened or gone into a more normal depreciation schedule than the dramatic reductions that we saw in that sort of 2009, 2010, 2011 timeframe when you saw [ph] DREP (55:02) numbers just dropping dramatically even in the absence of transactions frankly. It was just sort of a drive the price down into an illiquid market. It was a terribly unhealthy period of time. So I think we're beyond that. But obviously, as residuals come up, incrementally that's beneficial because that's better value for someone who is looking to make that trading decision.

---

**Noah Poponak**
*Analyst, Goldman Sachs & Co. LLC*                                                                                  Q

Last one on it. Could you maybe give us a lead time update maybe just using CJ3, CJ4, kind of like cabin bread-and-butter, what kind of – how long to get an airplane today versus what it was earlier in the year?

---

**Scott C. Donnelly** A
*Chairman, President & Chief Executive Officer, Textron, Inc.*

I would have a hard time getting one for you, Noah, but I'm willing to take a look if you're serious about it.

---

**Noah Poponak** Q
*Analyst, Goldman Sachs & Co. LLC*

I mean, is it more than a year to get a CJ3 or CJ4 at this point?

---

**Scott C. Donnelly** A
*Chairman, President & Chief Executive Officer, Textron, Inc.*

No.

---

**Noah Poponak** Q
*Analyst, Goldman Sachs & Co. LLC*

You meant a hard time in 2018?

---

**Scott C. Donnelly** A
*Chairman, President & Chief Executive Officer, Textron, Inc.*

Yeah.

---

**Noah Poponak** Q
*Analyst, Goldman Sachs & Co. LLC*

What about the first half of 2019?

---

**Scott C. Donnelly** A
*Chairman, President & Chief Executive Officer, Textron, Inc.*

Look, Noah, we're not going to get too much into it. Look, as I think a year...

---

**Noah Poponak** Q
*Analyst, Goldman Sachs & Co. LLC*

Okay. I thought you guys had sort of consistently provided that number. Just...

---

**Scott C. Donnelly** A
*Chairman, President & Chief Executive Officer, Textron, Inc.*

No. I don't think we've consistently provided that. Look, I think this market if you're looking at models that are a year out there, three or six months, I think that's a healthy place for this thing to be. Someone that's looking at doing a trade and they can't get an aircraft for a year, I don't think that's healthy.

---

**Noah Poponak** Q
*Analyst, Goldman Sachs & Co. LLC*

Okay.

---

**Scott C. Donnelly** A
*Chairman, President & Chief Executive Officer, Textron, Inc.*

 Corrected Transcript
18-Oct-2018

I think we try to match this thing to where you'd like to be in more of ideally, I mean, I'm making up a number three to six months, right? Most people don't want to wait a year for something, right. But...

### Noah Poponak
*Analyst, Goldman Sachs & Co. LLC*

Q

So do you think you'll raise production next year then?

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

We're probably going to raise a couple of models, sure.

### Noah Poponak
*Analyst, Goldman Sachs & Co. LLC*

Q

Okay. All right. That's really helpful color. Thanks so much.

### Scott C. Donnelly
*Chairman, President & Chief Executive Officer, Textron, Inc.*

A

Sure.

### Eric Salander
*Vice President, Investor Relations & Treasurer, Textron, Inc.*

Okay, Brad, that concludes our prepared remarks for today.

**Operator**: And, ladies and gentlemen, today's conference will be available for replay after 10:00 AM today through January 22, 2019. You may access the AT&T Executive Teleconference Replay System at any time by dialing 1-800-475-6701 entering the access code 431862. International participants may dial 320-365-3844 and those numbers again are 1-800-475-6701 and 320-365-3844.

That does conclude your conference for today. Thank you for your participation and for using the AT&T Executive Teleconference Service. You may now disconnect.

Copyright © 2001-2018 FactSet CallStreet, LLC

# Textron, Inc. *(TXT)*
## Q3 2018 Earnings Call

**C** Corrected Transcript

18-Oct-2018

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2018 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.