UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE TEXTRON, INC. SECURITIES
LITIGATION

19 CIVIL 7881 (DLC)

**JUDGMENT**

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 20, 2020, Lead Plaintiff has not adequately pleaded that any of defendants' statements was an actionable misrepresentation. Having so concluded, it is unnecessary to reach defendants' additional arguments that scienter was inadequately pleaded. Defendants' March 6, 2020 motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
July 20, 2020

RUBY J. KRAJICK

Clerk of Court

BY: _____
Deputy Clerk