UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   19cv7881 (DLC)
IN RE TEXTRON, INC. SECURITIES          :
LITIGATION                              :       ORDER
                                        :
----------------------------------------X

DENISE COTE, District Judge:

On September 17, 2021, the Second Circuit vacated the portion of the prior decision of this Court that dismissed plaintiff's securities fraud claims arising from the inventory-related statements. The Second Circuit's mandate issued on October 13. Accordingly, it is hereby

ORDERED that the parties shall submit a proposal by **October 27, 2021** for the litigation of the outstanding claims.

IT IS FURTHER ORDERED that a conference regarding these claims shall be held on **November 3, 2021** at **3 p.m.** Due to the ongoing COVID-19 pandemic, the conference will be held telephonically. The parties shall use the following dial-in credentials for the conference.

> Dial-in:        888-363-4749
> Access code:    4324948

The parties shall use a landline if one is available.

Dated:  New York, New York
        October 13, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge