Case 1:19-cv-07881-DLC   Document 57   Filed 10/25/21   Page 1 of 2

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Sandra C. Goldstein, P.C.
To Call Writer Directly:
+1 212 446 4779
sandra.goldstein@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

October 25, 2021

**VIA ECF**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re: *In re Textron, Inc. Securities Litigation*, 1:19-cv-07881-DLC (S.D.N.Y.)

Dear Judge Cote:

We represent Defendants Textron Inc., Scott C. Donnelly, and Frank T. Connor (collectively, "Textron") in the above-captioned matter. We write in response to this Court's Order, dated October 13, 2021 (Dkt. No. 56), directing the parties to submit a proposal for the litigation of the outstanding claims by October 27, 2021, in advance of a teleconference scheduled for November 3, 2021.

The parties have been actively conferring on the appropriate next steps to ensure a fair and efficient resolution of the outstanding claims. In light of these ongoing discussions, Textron respectfully requests a one-week extension of the deadline for submission of the parties' proposal, as well as a one-week adjournment of the scheduled teleconference. Textron expects that this extra time will allow the parties additional opportunities to attempt to reach agreement on a path forward. Lead Plaintiff does not oppose this request.

We thank the Court for its attention to this matter.

*Granted. The conference is adjourned to 11/9 at 3 pm.*

*Denise Cote*
*10/25/21*

Case 1:19-cv-07881-DLC   Document 57   Filed 10/25/21   Page 2 of 2

# KIRKLAND & ELLIS LLP

Hon. Denise L. Cote
October 25, 2021
Page 2

Respectfully,

*/s/ Sandra C. Goldstein*

Sandra C. Goldstein

cc:      All counsel of record