**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| IN RE TEXTRON, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) | Case No. 1:19-cv-07881-DLC ECF Case |

**JOINT STATUS REPORT REGARDING MEDIATION AND**
**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff, IWA Forest Industry Pension Plans ("IWA"), and Defendants Textron Inc., Scott C. Donnelly, and Frank T. Connor, jointly and through counsel, respectfully submit this Joint Status Report Regarding the Mediation and hereby move to amend the deadlines set forth in the Scheduling Order entered by this Court on November 9, 2021, *see* Dkt. No. 60. In support of this motion, the parties state as follows:

On September 17, 2021, the Second Circuit vacated the portion of the Court's decision to dismiss Plaintiff's securities fraud claims arising from the inventory-related statements. (Dkt. No. 54.) The Second Circuit's mandate issued on October 13, 2021. (Dkt. No. 55.) On October 13, 2021, the Court ordered the parties to submit a joint proposal for the litigation of the remaining claims. (Dkt. No. 56.) The parties ultimately proposed private mediation in an effort to resolve this matter. (Dkt. No. 59.) Mediation was to occur before the Rule 26(f) conference, the parties exchanged Rule 26 initial disclosures, and Defendants filed their answer to the Complaint.

On November 9, 2021, the Court filed a Scheduling Order permitting mediation to occur no later than March 2022. (Dkt. No. 60.) The parties participated in a remote mediation session before Greg A. Danilow, Esq. on March 11, 2022. The parties did not reach a settlement as to any issues during the mediation. Because the mediation did not resolve this matter, the parties hereby

move to amend the Scheduling Order to allow Defendants the opportunity to answer, move, or otherwise respond to the remaining allegations of the Complaint and the parties an opportunity to exchange Rule 26 initial disclosures and participate in a Rule 26(f) conference.

Accordingly, to provide adequate time to meet these requirements, the parties hereby request that the Scheduling Order previously entered by this Court be amended to: (1) make Defendants' time to answer, move, or otherwise respond to the remaining allegations of the Complaint 30 days after the court so-orders the attached proposed Amended Scheduling Order; (2) if Defendants' move to dismiss the remaining allegations, Plaintiff will have 45 days to file any opposition to the motion, including whether Defendants' motion is proper at this stage of the litigation; (3) require the parties to exchange Rule 26 initial disclosures by April 22, 2022; and (4) require the parties to participate in a Rule 26(f) conference by April 15, 2022, unless the parties mutually agree to extend this deadline. The parties further request that the Court extend all deadlines by approximately 30 days to account for Defendants' time to respond to the Complaint. A proposed Amended Scheduling Order is being filed concurrently.

*Granted. The parties may modify interim dates on consent, but there shall be no further extension of the 2/9/23 dates.*

*3/29/22*

2

Dated:  March 25, 2022                      Respectfully Submitted:

                                            By:   /s/ Frederic S. Fox

                                                  Frederic S. Fox
                                                  Donald R. Hall
                                                  Jeffrey P. Campisi
                                                  Pamela A. Mayer
                                                  **KAPLAN FOX & KILSHEIMER LLP**
                                                  850 Third Avenue, 14th Floor
                                                  New York, NY 10022
                                                  Telephone: (212) 687-1980
                                                  Facsimile: (212) 687-7714
                                                  ffox@kaplanfox.com
                                                  dhall@kaplanfox.com
                                                  jcampisi@kaplanfox.com
                                                  pmayer@kaplanfox.com

                                                  *Attorneys for Plaintiff*

                                                  /s/ Sandra C. Goldstein

                                                  Sandra C. Goldstein, P.C.
                                                  Stefan Atkinson, P.C.
                                                  Kevin M. Neylan, Jr.
                                                  **KIRKLAND & ELLIS LLP**
                                                  601 Lexington Avenue
                                                  New York, New York 10022
                                                  Telephone: (212) 446-4800
                                                  Facsimile: (212) 446-4900
                                                  sandra.goldstein@kirkland.com
                                                  stefan.atkinson@kirkland.com
                                                  kevin.neylan@kirkland.com

                                                  *Attorneys for Defendants*

3

## EXHIBIT A – AMENDED PROPOSED SCHEDULING ORDER

| Event | | Due Date |
|---|---|---|
| Defendants to answer, move, or otherwise respond to the remaining allegations of the Complaint | 30 days after entry of Scheduling Order | |
| Parties to participate in a Rule 26(f) conference | | April 15, 2022 |
| Exchange of Rule 26(a)(1) initial disclosures and default standard disclosures (to the extent not already exchanged) | | April 22, 2022 |
| Lead Plaintiff shall file a letter proposing a schedule for class certification motion practice | 30 days after Defendants file their answer to the Complaint | |
| All fact discovery must be completed | | October 31, 2022 |
| Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a) (2) (B), Fed. R. Civ. P., by the party bearing the burden on an issue must be served by | | November 28, 2022 |
| Identification of rebuttal experts and disclosure of their expert testimony must occur by | | December 28, 2022 |
| Depositions of expert witnesses must occur by | | January 23, 2023 |
| Motions for summary judgment | | February 9, 2023 |
| Oppositions to motions for summary judgment | | March 10, 2023 |
| Reply briefs in support of motions for summary judgment | | March 24, 2023 |
| In the event no motion is filed, the Joint Pretrial Order must be filed by | | February 9, 2023 |