May 11, 2022

**VIA CM/ECF**

Honorable Denise L. Cote
United States District Court Judge
500 Peart Street, Room 1910
New York, New York 10007-1312

Re: *In re Textron, Inc. Securities Litigation*, Case No.: 1:19-cv-7881-DLC

Dear Judge Cote:

The parties write pursuant to the Amended Scheduling Order dated March 25, 2022 and duly entered in this action on March 29, 2022 (Dkt. No. 65) to inform the Court that on May 5, 2022, the parties executed a binding Memorandum of Understanding to settle this litigation. The parties will work expeditiously to execute a final Settlement Agreement, and Lead Plaintiff will thereafter promptly file a motion for preliminary approval of the settlement. In light of these developments, the parties have agreed to suspend all interim case deadlines pending approval of the settlement.

Respectfully,

**KIRKLAND & ELLIS LLP**                    **KAPLAN FOX & KILSHEIMER LLP**

/s/ ____Sandra C. Goldstein__              /s/____Frederic S. Fox__

Sandra C. Goldstein                        Frederic S. Fox

601 Lexington Avenue                       850 3rd Ave., 14th Fl.
New York, New York 10022                   New York, NY 10022
Telephone: (212) 446-4800                  Telephone: (212) 687-1980
Facsimile: (212) 446-4900                  Facsimile: (212) 687-7714
sandra.goldstein@kirkland.com              ffox@kaplanfox.com

*The 2/9/23 dates remain firm.*

*5/11/22*