**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Textron Inc. Securities Litigation | CASE NO.: 1:19-CV-7881-DLC |

**DECLARATION OF FREDERIC S. FOX IN SUPPORT OF LEAD PLAINTIFF'S**
**MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, FREDERIC S. FOX, declare the following under the penalty of perjury:

1.      I am a partner at the law firm of Kaplan Fox & Kilsheimer LLP, Lead Counsel for the Court-appointed Lead Plaintiff IWA Forest Industry Pension Plan ("Lead Plaintiff").  I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I submit this declaration in support of Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

2.      Attached as Exhibits 1 through 3 are true and correct copies of the following documents:

EXHIBIT 1:   Stipulation and Agreement of Settlement, dated June 23, 2022;

EXHIBIT 2:   Firm Resume of Lead Counsel; and

EXHIBIT 3:   A.B. Data, Ltd. Securities Case List.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of July, 2022              /s/ Frederic S. Fox
                                                        Frederic S. Fox