# EXHIBIT 3



Class
Action
Administration

CONFIDENTIAL
VIA EMAIL

## Securities Class Actions for Which A.B. Data Has Served as Claims Administrator Over the Past Five Years

A.B. Data's more than 15 years of experience in the class action administration industry includes the administration of claims in dozens of major securities class action settlements, including settlements involving notice to hundreds of thousands and, in some cases, millions of potential and actual Class members. We are also conversant with handling large numbers of claims - including hundreds of thousands of claims in a single case - using our experienced in-house personnel and meeting the complex requirements of case counsel and courts as well as the needs and concerns of claimants and other Class members, performing all needed services in a timely and cost-effective manner.

The following table lists securities class actions for which we have served as the claims administrator over the past five years, including the name(s) of (Co-)Lead Counsel for the Plaintiff(s) in each such case.

| Case Title | Number of Claims | Number of Notices | Settlement Value | (Co-)Lead Counsel for Plaintiff(s) |
|---|---|---|---|---|
| State Street Indirect FX Class Actions | N/A | 4,080+ | $300,000,000 | Labaton Sucharow |
| *In re BP p.l.c. Securities Litigation* | 128,000+ | 684,960+ | $175,000,000 | Cohen Milstein Sellers & Toll PLLC; Berman DeValerio |
| *In re Fannie Mae 2008 Securities Litigation* | 261,740+ | 794,270+ | $170,000,000 | Kaplan Fox & Kilsheimer LLP; Labaton Sucharow; Berman DeValerio |
| *David E. Kaplan, et al. v. S.A.C. Capital Advisors, L.P., et al.* | 21,700+ | 158,730+ | $135,000,000 | Wohl & Fruchter LLP; Pomerantz LLP |
| *In re Dole Food Co., Inc. Stockholder Litigation* | 4,660+ | 23,400+ | $100,814,896 | Grant & Eisenhofer P.A.; Robbins Geller Rudman & Dowd LLP; Kessler Topaz Meltzer & Check, LLP |
| *In re Starz Stockholder Litigation* | N/A | 66,000+ | $92,500,000 | Bernstein Litowitz Berger & Grossmann LLP |
| *In re Willis Towers Watson PLC Proxy Litigation* | In Process | In Process | $90,000,000 | Bernstein Litowitz Berger & Grossmann LLP |
| *The Department of the Treasury of the State of New Jersey and its Division of Investment v. Cliffs Natural Resources Inc., et al.* | 91,700+ | 266,740+ | $84,000,000 | Bernstein Litowitz Berger & Grossmann LLP; Lowenstein Sandler LLP |
| *Laydon v. Mizuho Bank, Ltd., et al.* and *Sonterra Capital Master Fund Ltd., et al. v. UBS AG, et al.* | In Process | In Process | $58,000,000 | Lowey Dannenberg, P.C. |
| *In re Ocwen Financial Corporation Securities Litigation* | 33,310+ | 110,000+ | $56,000,000 | Kessler Topaz Meltzer & Check, LLP |

| | | | | |
|---|---|---|---|---|
| *In re RH, Inc. Securities Litigation* | In Process | In Process | $50,000,000 | Bernstein Litowitz Berger & Grossmann LLP |
| *Richard Medoff v. CVS Caremark Corporation, et al.* | 232,600+ | 654,340+ | $48,000,000 | Robbins Geller Rudman & Dowd LLP; Labaton Sucharow |
| *In re Nu Skin Enterprises, Inc. Securities Litigation* | 50,000+ | 186,770+ | $47,000,000 | Labaton Sucharow |
| *Oklahoma Law Enforcement Retirement System, et al. v. Adeptus Health Inc., et al.* | In Process | 62,500+ | $44,000,000 | Bernstein Litowitz Berger & Grossmann LLP; Kessler Topaz Meltzer & Check, LLP |
| *Bach, et al. v. Amedisys, Inc., et al.* | 152,560+ | 28,000+ | $43,750,000 | Bernstein Litowitz Berger & Grossmann LLP |
| *In re NII Holdings, Inc., Securities Litigation* | 44,270+ | 188,630+ | $41,500,000 | Labaton Sucharow; Kessler Topaz Meltzer & Check, LLP |
| *Första AP-Fonden, et al. v. St. Jude Medical, Inc., et al.* | 140,490+ | 366,510+ | $39,250,000 | Kessler Topaz Meltzer & Check, LLP; Motley Rice LLC |
| *In re Henry Schein, Inc. Securities Litigation* | In Process | 179,770+ | $35,000,000 | Bernstein Litowitz Berger & Grossmann LLP |
| *Weston, et al., v. RCS Capital Corp., et al.* | 8,590+ | 22,990+ | $31,000,000 | Labaton Sucharow; Scott+Scott Attorneys at Law LLP |
| *In re TIBCO Software Inc. Stockholders Litigation* | 44,340+ | 35,080+ | $30,439,251 | Grant & Eisenhofer P.A.; Bernstein Litowitz Berger & Grossmann LLP |
| *In re Kinder Morgan Energy Partnership, L.P. Capex Litigation* | N/A | 981,520+ | $27,500,000 | Bernstein Litowitz Berger & Grossmann LLP; Grant & Eisenhofer P.A. |
| *In re Facebook, Inc. IPO Securities and Derivative Litigation* (Consolidated NASDAQ Actions) | 9,300+ | 689,140+ | $26,500,000 | Entwistle & Cappucci LLP; Finkelstein Thompson LLP; Lovell Stewart Halebian Jacobson LLP |
| *In re Lumber Liquidators Holdings, Inc. Securities Litigation* | 25,150+ | 117,740+ | $26,000,000 | Pomerantz LLP; Bernstein Litowitz Berger & Grossmann LLP |
| *Kasper v. AAC Holdings, Inc., et al.* | 5,000+ | 17,000+ | $25,000,000 | Kaplan Fox & Kilsheimer LLP |
| *In re Juno Therapeutics* | 5,220+ | 46,000+ | $24,000,000 | Pomerantz LLP |
| *In re Tower Group International, Ltd. Securities Litigation* | 17,600+ | 49,880+ | $20,500,000 | Bernstein Litowitz Berger & Grossmann LLP; Saxena White P.A.; Bernstein Liebhard LLP |
| *Judith Godinez, et al. v. Alere, Inc.* | 30,000+ | 59,690+ | $20,000,000 | Entwistle & Cappucci LLP |
| *Ge Dandong et al. v. Pinnacle Performance Limited et al.* | 3,740+ | 4,590+ | $20,000,000 | Kirby McInerney LLP |
| *In re Impinj, Inc. Securities Litigation* | In Process | 81,220+ | $20,000,000 | Bernstein Litowitz Berger & Grossmann LLP |
| *In re Quality Systems Inc. Securities Litigation* | 6,000+ | 61,240+ | $19,000,000 | Robbins Geller Rudman & Dowd LLP; Bernstein Litowitz Berger & Grossmann LLP |
| *Vancouver Alumni Asset Holdings Inc., et al. v. Daimler AG, et al.* | In Process | 220,600+ | $19,000,000 | Labaton Sucharow |

| | | | | |
|---|---|---|---|---|
| *In re Optiver Commodities Litigation* | 470+ | 1,250+ | $16,750,000 | Lovell Stewart Halebian Jacobson LLP; Lowey Dannenberg, P.C.; Robins Kaplan LLP |
| *In Re: Crude Oil Commodity Futures Litigation* | 260+ | 12,730+ | $16,500,000 | Lovell Stewart Halebian Jacobson LLP; Burns Charest LLP |
| *The City of Providence v. Aeropostale, Inc., et al.* | 12,610+ | 45,700+ | $15,000,000 | Labaton Sucharow |
| *Mark Roberti v. OSI Systems, Inc. et al.* | 11,380+ | 35,760+ | $15,000,000 | Bernstein Litowitz Berger & Grossmann LLP |
| *In re PTC Therapeutics Securities Litigation* | 10,000+ | 36,690+ | $14,500,000 | Labaton Sucharow |
| *In re Fifth Street Finance Corp. Securities Litigation* | In Process | 50,040+ | $14,050,000 | Labaton Sucharow |
| *In re: CSO Hedge Fund Litigation* | N/A | N/A | $13,500,000 | Kaplan Fox & Kilsheimer LLP |
| *In re Blue Apron Holdings, Inc. Securities Litigation* | In Process | In Process | $13,250,000 | Pomerantz LLP |
| *David Ronge, et al., v. Camping World Holdings, Inc., et al.* | In Process | 71,820+ | $12,500,000 | Robbins Geller Rudman & Dowd LLP; Labaton Sucharow |
| *In re Anadarko Petroleum Corp. Class Action Litigation* | 95,810+ | 362,820+ | $12,500,000 | Bernstein Litowitz Berger & Grossmann LLP |
| *Oklahoma Firefighters Pension & Ret. Sys. v. Lexmark Int'l, Inc.* | In Process | 32,510+ | $12,000,000 | Robbins Geller Rudman & Dowd LLP |
| *Pension Trust Fund for Operating Engineers, et al. v. Assisted Living Concepts, et al.* | 2,230+ | 10,680+ | $12,000,000 | Bernstein Litowitz Berger & Grossmann LLP |
| *In re Metrologic Instruments, Inc. Shareholders Litigation* | 1,200+ | 13,300+ | $11,950,000 | Rigrodsky & Long, P.A. |
| *Cooper v. Thoratec Corporation* | 20,830+ | 59,000+ | $11,900,000 | Pomerantz LLP |
| *In re Brightview Holdings, Inc. Securities Litigation* | 17,930+ | In Process | $11,500,000 | Labaton Sucharow |
| *CPI Card Group Securities* | In Process | 18,150+ | $11,000,000 | Labaton Sucharow |
| *In re BioScrip, Inc. Securities Litigation* | 12,690+ | 35,110+ | $10,900,000 | Bernstein Litowitz Berger & Grossmann LLP |
| *Christopher Vataj, et al. v. William D. Johnson, et al.* | In Process | In Process | $10,000,000 | Pomerantz LLP |
| *In re A10 Networks, Inc. Shareholder Litigation* | 3,430+ | 20,670+ | $9,837,500 | Robbins Geller Rudman & Dowd LLP; Labaton Sucharow |
| *PERS Mississippi, et al., v. Sprouts Farmers Market, Inc., et al.* | 900+ | 71,140+ | $9,500,000 | Labaton Sucharow |
| *Tung, et al. v. Dycom Industries, Inc., et al.* | In Process | 36,050+ | $9,500,000 | Thornton Law Firm LLP |
| *Ronald K. Linde, et al. v. Fifth Street Asset Management Inc., et al.* | 1,380+ | 8,380+ | $9,250,000 | Glancy Prongay & Murray LLP |
| *Singh v. 21 Vianet Group, Inc.* | In Process | 26,030+ | $9,000,000 | Glancy Prongay & Murray LLP |
| *Plymouth County Retirement Association v. Spectrum Brands Holdings, Inc., et al.* | In Process | 52,830+ | $9,000,000 | Labaton Sucharow |
| *Yellowdog Partners, LP, et al. v. Curo Group Holdings Corp., et al.* | In Process | 9,430+ | $8,980,000 | Robbins Geller Rudman & Dowd LLP |
| *In re: Qudian Inc. Securities Litigation* | In Process | In Process | $8,500,000 | Glancy Prongay & Murray LLP |

New York | Washington, DC | West Palm Beach | Milwaukee | Tel Aviv | abdataclassaction.com

| | | | | |
|---|---|---|---|---|
| *In re Netshoes Securities Litigation* | In Process | 7,840+ | $8,000,000 | Scott+Scott Attorneys at Law |
| *Plymouth County Contributory Retirement System v. Adamas Pharmaceuticals, et al.* | In Process | In Process | $7,500,000 | Scott+Scott Attorneys at Law |
| *Lomingkit v. Apollo Education Group, Inc.* | In Process | In Process | $7,400,000 | Bernstein Litowitz Berger & Grossmann LLP |
| *In re Prospect Medical Holdings, Inc. Shareholders Litigation* | 470+ | 6,840+ | $6,500,000 | Rigrodsky & Long, P.A.; Wolf Popper LLP |
| *In re CytRx Corporation Securities Litigation* | 470+ | 22,220+ | $5,750,000 | Glancy Prongay & Murray LLP |
| *In re Physicians Formula Holdings, Inc. Stockholder Litigation* | In Process | 5,560+ | $5,600,000 | Pomerantz LLP |
| *In re Swisher Hygiene, Inc. Securities and Derivative Litigation* | 4,160+ | 37,020+ | $5,500,000 | Block & Leviton LLP |
| *Murphy III, et al. v. JBS-SA, et al.* | In Process | In Process | $5,466,600 | Levi & Korsinsky LLP |
| *Xuechen Yang v. Focus Media Holding Limited, et al.* | 35,370+ | 162,920+ | $3,700,000 | Rigrodsky & Long, P.A. |
| *Olenik, et al. v. Earthstone Energy, Inc.* | In Process | In Process | $3,500,000 | Labaton Sucharow |
| *Emerson et al. v. Mutual Fund Series Trust, et al. ("Catalyst")* | In Process | 212,950+ | $3,325,000 | Labaton Sucharow; Robbins Geller Rudman & Dowd LLP |
| *In re Rocket Fuel Inc. Securities Litigation* | 5,590+ | 49,490+ | $3,150,000 | Kaplan Fox & Kilsheimer LLP |
| *Enriquez, et al. v. Nabriva Therapeutics PLC, et al.* | In Process | In Process | $3,000,000 | Pomerantz LLP |
| *In re Obalon Therapeutics, Inc. Securities Litigation* | In Process | In Process | $3,000,000 | Robbins Geller Rudman & Dowd LLP |
| *Elkin v. Walter Investment Management Corp., et al.* | 70+ | 12,630+ | $2,950,000 | Glancy Prongay & Murray LLP |
| *In re Sequans Communications S.A. Securities Litigation* | 1,050+ | 15,000+ | $2,750,000 | Pomerantz LLP |
| *In re Neustar, Inc. Securities Litigation* | 16,730+ | 44,110+ | $2,625,000 | Labaton Sucharow |
| *Lewis, et al. v. YRC Worldwide, Inc., et al.* | In Process | 47,560+ | $2,100,000 | Kaplan Fox & Kilsheimer LLP |
| *Rahman v. GlobalScape, Inc.* | 400+ | 10,100+ | $1,400,000 | Block & Leviton LLP |
| *Kaye and Hayden Leason v. ImmunoCellular Therapeutics, Ltd.* | In Process | 36,880+ | $1,150,000 | Wolf Popper LLP |
| *Kobe Steel Securities* | In Process | 18,820+ | $500,000 | Wolf Popper LLP |

New York | Washington, DC | West Palm Beach | Milwaukee | Tel Aviv | abdataclassaction.com