```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :      19cv7881 (DLC)
IN RE TEXTRON, INC. SECURITIES          :
LITIGATION                              :         ORDER
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 7, 2022, lead plaintiff IWA Forest Industry Pension Plan, moved for preliminary approval of the proposed settlement of the action, certification of the proposed settlement class, approval of notice to the class members, and the scheduling of a hearing. It is hereby

ORDERED that a telephone conference will be held on **July 28, 2022** at **9:00 a.m.** to discuss preliminary approval of the settlement.

The parties shall use the following dial-in credentials for the conference.

    Dial-in:        888-363-4749
    Access code:    4324948

The parties shall use a landline if one is available.

Dated:  New York, New York
        July 11, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge