UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE TEXTRON, INC. SECURITIES          :
LITIGATION                              :
                                        :        19cv7881 (DLC)
----------------------------------------X
                                                       ORDER

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the **July 28, 2022** telephone
conference is rescheduled to **10:00 AM** on the same date.  Please
refer to the Order issued on July 11, 2022 for all other
information.

Dated:    New York, New York
          July 22, 2022

          _____
                        DENISE COTE
              United States District Judge