```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :      19cv7881 (DLC)
IN RE TEXTRON, INC. SECURITIES           :
LITIGATION                               :      ORDER
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On July 7, 2022, the lead plaintiff IWA Forest Industry Pension Plan moved for preliminary approval of a class action settlement. On August 5, the lead plaintiff submitted a revised notice of class action settlement. Accordingly, it is hereby

ORDERED that the revised notice of class action settlement is approved.

IT IS FURTHER ORDERED that a hearing on final approval of the proposed class action settlement ("Fairness Hearing") pursuant to Fed. R. Civ. P. 23(e) shall be held on **November 18, 2022** at **3:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that the lead plaintiff shall submit no later than **August 15, 2022** a revised proposed order for preliminary approval of class settlement. The revised proposed order shall reference the revised notice of class action settlement submitted on August 5. Any attachments referenced in the revised proposed order must be attached to the revised proposed order.

IT IS FURTHER ORDERED that the lead plaintiff shall submit no later than **August 15, 2022** a revised schedule for notice and approval of the class action settlement consistent with the Fairness Hearing's November 18 date.

SO ORDERED:

Dated:    New York, New York
          August 11, 2022

                                        _____
                                               DENISE COTE
                                        United States District Judge

2