**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Textron Inc. Securities Litigation | CASE NO.: 1:19-CV-7881-DC |

**REVISED PROPOSED SCHEDULE FOR NOTICE AND APPROVAL**
**OF THE CLASS ACTION SETTLEMENT**

Lead Plaintiff respectfully proposes the following revised schedule for the Court's review

and approval, which summarizes the deadlines in the Preliminary Approval Order consistent with

the Fairness Hearing on November 18, 2022.

| | |
|---|---|
| Deadline for mailing individual Notices and Claim Forms ("Notice Date") | *30 calendar days after entry of Preliminary Approval Order.* |
| Deadline for publication in *Investor's Business Day* and transmission over *PR Newswire* | *Within 10 calendar days of the Notice Date.* |
| Deadline for filing motions in support of the Settlement, the Plan of Allocation, and Lead Counsel's application for fees and expenses | *October 14, 2022* |
| Deadline for submission of requests for exclusion or objections | *October 28, 2022.* |
| Deadline for filing reply papers in support of the motions | *November 11, 2022* |
| Settlement Fairness Hearing | *November 18, 2022* |
| Deadline for submission of Claim Forms | *Postmarked or received no later than 120 calendar days after the Notice Date.* |

So ordered,

*[signature]*
8/24/22

1

Dated: August 15, 2022

By: /s/   *Frederic S. Fox*

Frederic S. Fox
Donald R. Hall
Melinda Campbell
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for Lead Plaintiff and the
proposed Settlement Class*