**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Textron Inc. Securities Litigation | CASE NO.: 1:19-CV-7881-DC |

**SUPPLEMENTAL DECLARATION OF ADAM D. WALTER REGARDING CLASS REPORT ON OBJECTIONS AND REQUESTS FOR EXCLUSION RECEIVED**

I, ADAM D. WALTER, hereby declare under penalty of perjury as follows:

1.    I am a Senior Project Manager of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"). The following statements are based on my personal knowledge and information provided by other A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2.    Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice entered on August 23, 2022 (ECF No.79), the "Preliminary Approval Order"), A.B. Data was appointed to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action"). I submit this Supplemental Declaration in order to provide the Court and the Parties in this Action with updated information regarding any objections and requests for exclusion received.

**REPORT ON OBJECTIONS AND**
**REQUESTS FOR EXCLUSION RECEIVED**

3.      The Notice informed potential Class Members that objections and requests for exclusion from the Settlement Class are to be mailed to the Notice Administrator and received no later than October 28, 2022.  The Notice also set forth the information that was required to be included in each objection or request for exclusion. As of the date of this Supplemental Declaration, A.B. Data has received three (3) requests for exclusion from the Class in relation to the Notice mailing. A list of those who submitted requests for exclusion from the Class is attached to this Supplemental Declaration as Exhibit A.

4.      To date, A.B. Data has not received any objections to the Settlement, any part of the Settlement including the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of litigation expenses, including reimbursement of Lead Plaintiff's expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2022.

_____
Adam D. Walter

# EXHIBIT A

**Exhibit A**

**Persons and Entities whose Requests for Exclusion (or On Whose
Behalf Requests for Exclusion) Were Submitted**

| No. | Name<br>City & State | Exclusion ID | Number of Shares |
|---|---|---|---|
| 1. | Jan Stuart Keech<br>Clearwater, FL | 209301300 | No Shares purchased during Class Period |
| 2. | Maryann Ilowiecki<br>Salem, NH | 209301301 | Not Provided |
| 3. | Anthony Louis Scippa<br>Delray Beach, FL | 2093013023 | Not Provided |