```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    19cv7881 (DLC)
IN RE TEXTRON, INC. SECURITIES          :
LITIGATION                              :        ORDER
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On November 14, 2022, the Office of the Clerk of Court of the Southern District of New York received by mail a proof of claim and release from James and Gloria Cave. The mailing will be delivered to Lead Plaintiff's counsel.

Dated:   New York, New York
         November 16, 2022

                                   _____
                                           DENISE COTE
                                   United States District Judge