```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   19cv7881 (DLC)
IN RE TEXTRON, INC. SECURITIES          :
LITIGATION                              :        ORDER
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

A fairness hearing in this action will be held on November 18, 2022 at 3:00 P.M. It is hereby

ORDERED that by **November 18, 2022** at **12:00 P.M.**, Lead Counsel shall file a letter providing Lead Counsel's lodestar calculations for the period before and the period after September 17, 2021, the date of the remand by the Court of the Appeals for the Second Circuit.

Dated:  New York, New York
        November 17, 2022

                                                                DENISE COTE
                                     United States District Judge